January 19, 2023



**VIA CM/ECF FILING**

Hon. Thérèse Wiley Dancks
United States Magistrate Judge
Northern District of New York
100 South Clinton Street
Syracuse, New York 13261

      Re:    <u>Kamilla Peck v. County of Onondaga et al.</u>
                NDNY Civ. No. 21-cv-0651

Dear Judge Dancks,

      The undersigned represents the County of Onondaga and nine individual Defendants (collectively herein with the County, the "Defendants") in the above-captioned employment and §1983 action. Dispositive motions in the above action are presently due on or before February 6, 2023. I write to respectfully request a three-week extension of the dispositive motion deadline, until **February 27, 2023**.

      The bases for this request are: (1) to accommodate the undersigned's current workload, insofar as I am assisting my colleagues with several unanticipated matters; and (2) to accommodate an ongoing family matter that has created additional time distractions with respect to the aforementioned workload. Plaintiff's counsel has been consulted in connection with this request, and takes no position as to the same.

      I thank Your Honor for your consideration of this request. Please feel free to contact the undersigned with any questions or concerns regarding this request.

Respectfully submitted,

*/s/ Kyle W. Sturgess*
Kyle W. Sturgess
Bar Roll No. 302888

cc:    A.J. Bosman, Esq.   (*via CM/ECF*)
        Robert Strum, Esq.
        BOSMAN LAW LLC

Hon. Therese Wiley Dancks
January 19, 2023

*Attorneys for Plaintiff*
3000 McConnellsville Road
Blossvale, New York 13308

attorneys on your terms

16 South Main Street, Pittsford, NY 14534    *office* 585.643.8440    *fax* 585.643.8441    bolanoslowe.com