UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

KAMILLA PECK,

      *Plaintiff,*

    v.

COUNTY OF ONONDAGA, NEW YORK;
ONONDAGA COUNTY SHERIFF EUGENE
CONWAY; CHIEF KATHERINE TRASK;
SERGEANT JONATHAN SEEBER; DEPUTY
KELLY SEEBER; CHIEF DEPUTY SUSAN
DEMARI; DIRECTOR OF EMPLOYEE
RELATIONS DAWN CURRY-CLARRY;
CHIEF DEPUTY ESTEBAN GONZALEZ;
CAPTAIN PAULA PELLIZZARI; and
PAUL SMITH,

      *Defendants.*

**DECLARATION IN SUPPORT
OF DEFENDANTS' MOTION
FOR SUMMARY JUDGMENT**

Civ. No. 21-cv-0651

(DNH/TWD)

---

    **VANESSA BAKER**[1], pursuant to 28 U.S.C. §1746, declares the following to be true and correct, under penalty of perjury of the laws of the United States:

    1.    I am a former Employee Relations Officer for the Personnel Department of Onondaga County, New York (the "County"). I make this Declaration in support of the Defendants' instant Motion for Summary Judgment in the above-captioned matter, an employment-discrimination and civil-rights lawsuit brought by Onondaga County Sheriff's Deputy Kamilla Peck (the "Plaintiff" or the "Complainant," as hereinafter applicable).

---

[1] Formerly Vanessa Campbell.

2.      I make this Declaration on the basis of my own knowledge of and familiarity with the facts and circumstances of the events and matters described herein.

3.      I worked for the County from March 2017-February 2021.  My duties as an ERO, generally, included preparing for and conducting collective bargaining; administering the provisions of collective bargaining agreements ("CBAs"); and overseeing discipline- and employee grievance-related actions and responses.  In the course of those duties I also undertook incident and grievance investigations, including, sometimes, investigations of complaints of harassment or discrimination in the County workforce.  Previously, I served in the County Library system as a Personnel Officer and the Department of Social Services as the Special Assistant to the Commissioner, where my duties also included workplace incident investigation.

4.      During my tenure with the County, the entire County workforce was governed by a pair of County Directives ("Prevention of Sexual Harassment" and "Harassment, Discrimination and Anti-Retaliation") with regard to the prevention of harassment and discrimination on the basis of any protected class, including age, race, sex, color, national origin, religion, and other legally-protected bases.  These Directives applied to County employees in addition to any other directives or regulations that individual County agencies imposed within their own workplaces.

5.      The County's Directives provide guidance as to how and where an employee may report alleged harassment or discrimination, and provide for the investigation of complaints.  The Directive on Harassment, Discrimination, and Anti-Retaliation also sets forth an appeal process for employees who disagree or take issue with the results of the County's investigation.

6.      In June 2020, I was asked by the County's Director of Employee Relations, Dawn Clarry, to investigate a complaint that had been received from Deputy Kamilla Peck of the Onondaga County Sheriff's Office ("OCSO"), alleging racial harassment and discrimination

against several colleagues and superiors (whom I subsequently designated Respondents A-C) in the OCSO's Community Relations Unit ("CRU").

7.      I was asked to work alongside an OCSO Internal Affairs ("IA") officer, Lieutenant Jammie Blumer, during the conduct of my internal investigation.  Lt. Blumer accompanied me for all of the interviews I performed in the course of the investigation, and reviewed my draft report late in the investigation.

8.      I began the investigation by reviewing Deputy Peck's written complaint and interviewing her.  I also invited her to send me emails, reports, text messages, and any other documentation that she considered relevant to the issues raised by her complaint.  I followed my review of these materials with a series of interviews with each of the three named Respondents (Sergeant Jon Seeber; Chief Kate Brassie; and Deputy Kelly Seeber).  I likewise requested complaint-related materials such as text messages, emails, conversation notes, and so forth, from the Respondents.

9.      I further interviewed the Plaintiff's Union representative, DSBA President Kevin Moore, and three individuals who were either former members of the CRU, or worked proximately to the unit: Deputy Heather Poland; and OCSO civilian staff Collette Reynolds and Madelyn Pellizzari.

10.      Throughout the duration of my investigation I was free to set the scope of my inquiry in terms of witnesses and materials; although I consulted with Ms. Clarry during the drafting of my final investigative report—for example, asking whether my written analysis of certain events was descriptive enough—I was never directed or pressured either to "weight" or credit any specific individuals or materials, or to arrive at any specific conclusions.

11.    Following all of these interviews and a review of the documents and materials I had been provided, I assessed that the complaint was unfounded, as a violation of the County's anti-harassment and anti-discrimination Directives and policy. My interviews indicated that although there had been some disagreements and a few sharp exchanges between the Plaintiff and her superiors, none of them could be tied to racial animus; they were the kind of exchanges that occur when co-workers interact under the stress of managing projects and deadlines in the workplace. Moreover, although one witness (Deputy Poland) told me in general terms that the Respondents did not "like" Peck, her account seemed to be belied by the facts that (1) this witness herself had poked fun at Peck (in a non-racial way) in text exchanges; and (2) the other Respondents' accounts, especially when aligned with their text exchanges with Deputy Peck, suggested that the relationship between Deputy Peck and the Respondents was generally very friendly. The text exchanges appeared to contain light-hearted discussions; exchanges of pictures (both personal, and from unit events); complements back and forth between Deputy Peck and her superiors; exchanges of humorous memes; and invitations to events and office lunch (corresponding with the existence of a "salad club" where Deputy Peck and the Respondents prepared and shared lunch together in the office, using ingredients that the "club members" had brought in).

12.    Some of the issues raised by the Plaintiff, and which I questioned other witnesses about, did tangentially *relate* to race, but I could not conclude that they were racially *offensive* under the policy. Among other things, the Complainant had alleged that Sergeant Seeber used brown-hued hand emojis (such as thumb's-up or "OK" sign emojis) in text messages with her. While the investigation did substantiate that, it also revealed that both the Complainant and Respondent Seeber had used different color emojis interchangeably over the course of a long period, without apparent objection. While I considered the practice ill-advised, because it could

possibly raise concerns about racial animus, under those circumstances it did not appear to be racially-motivated or objectively offensive.  Similarly, in her complaint the Complainant raised a conversation she had with Respondent Seeber about the murder of George Floyd.  While the subject of Floyd's murder at the hands of police obviously had racial implications, the conversation itself appeared to be a disagreement about how much should be inferred, factually, solely from the video of the murder.

13.     I concluded that there were some aspects of the Complainant's workplace that needed attention.  The intermingling of professional and social messages via text between members of the CRU prompted me to suggest that the supervisors in the unit (Respondents Seeber and Trask) be given training on boundaries in the workplace, as well as management and leadership training.  I thought this would be productive because some of the Complainant's unhappiness appeared to stem from the absence of distinctions being drawn between being "friends" and "colleagues," which created issues when a superior had to give an order, or threaten discipline.

14.     I also concluded that the use of skin-toned emojis should be discontinued altogether, due to the risk that they could create misunderstanding about a sender's racial intent or views, and that the use of emojis within the office be restricted to the default color (a yellow color).

15.     Once I had arrived at my assessments and drafted my report, I circulated it to Lieutenant Blumer for her review and thoughts.  Lt. Blumer submitted a hard-copy draft back to me with some corrected typos and grammatical edits suggested, as well as a suggestion to discuss an additional allegation that had been raised in the complaint (remarks about hair), which I incorporated into an additional segment ("Additional Situational Findings").  I then sent my final draft to Ms. Clarry for review, which she received and endorsed without change.  (A copy of my

final report, accompanied by the file materials I accrued in the course of my investigation, is annexed hereto as **Exhibit A**.)

16.     As part of the County process for investigation of complaints and disclosure of results, I met (along with Ms. Clarry) with the Complainant and her husband to share and discuss the results.  The Complainant was clearly disappointed with the ultimate outcome but did not identify any specific deficiencies she thought were present in my report or conclusions.  She did, however, question my assessment that there was some unprofessionalism in the workplace environment (stemming from the intermingling of friendship and co-worker statuses, as I described above).  Ms. Clarry pointed to one text exchange between the Plaintiff and Respondent Seeber, by way of example.

17.     Despite her evident disappointment, it is my understanding that the Complainant never appealed the investigation's determination, as she could have done under the County's policy.  I was not asked to conduct any further investigation beyond that which was summarized in my final July 21 report.

Dated: February 9 , 2023

VANESSA BAKER

Exhibit A



**COUNTY OF ONONDAGA** • DEPARTMENT OF PERSONNEL

John H. Mulroy Civic Center
421 Montgomery Street, 13th Floor
Syracuse, New York 13202-2959

CARL HUMMEL
COMMISSIONER

• (315) 435-3537 • Fax 435-8272 • e-mail – peweb1@ongov.net • web address – www.ongov.net

### COUNTY OF ONONDAGA
### PROCEDURE FOR PROCESSING EMPLOYEE
### HARASSMENT AND DISCRIMINATION
### COMPLAINTS COMPLAINT RESPONSE

Date:   July 21, 2020

**Complainant:**            Kamilla Peck
**Title:**                  Deputy Sheriff
**Department:**             Custody/Community Relations
**Date of Complaint:**      June 19, 2020
**Nature of Complaint:**    Harassment, Discrimination, and Retaliation

This Complaint was accepted by the Department – level investigation.

### COMPLAINT

In summary, Kamilla Peck (hereinafter Complainant) alleges that she has been harassed, discriminated against and retaliated against by Chief Kate Brassie, Sergeant Jon Seeber, and Deputy Kelly Seeber (hereinafter Respondents A, B, and C) after sustaining injuries while on duty at work:

1.      The Complainant submitted her formal complaint to the Onondaga County Personnel Department on June 22, 2020 stating "I have been subject to racial discrimination, worker's comp discrimination, harassment and retaliation since the date of my on duty injury on August 7, 2019."

### INVESTIGATORY SUMMARY

*Facts*

Through investigatory interviews it was determined that this complaint came about after an interaction the Complainant had with Respondent A and Respondent B on June 15, 2020. During that interaction the Respondents A and B were questioning the Complainant about a report that was past due. As a result of the Complainant's failure to complete the assignment in a timely manner as requested, Respondent A instructed Respondent B to write a counseling memorandum regarding her incompliance. Shortly thereafter the Complainant contacted her Union President to discuss the matter and determine next steps. The Complainant's Union President recommended mediation with Respondent A and Respondent B, which took place on June 16, 2020. During the mediation, the Complainant detailed all of her concerns and proceeded to inform both Respondents that she felt she was being discriminated against.

Consequently, Chief Susan DeMari contacted the Complainant via e-mail on June 18, 2020 instructing her to complete a County Complaint form per County Policy. In the e-mail The Complainant was instructed to submit the form to Chief DeMari or to e-mail it Dawn Clarry, the Director of Employee Relations. However, instead of following Chief DeMari's instructions, the Complainant clocked in on June 22, 2020 and proceeded to come to the

DEF 001299

Civic Center to drop off her paperwork. Chief DeMari's e-mail to the Complainant informing the Complainant of her concern that she failed to follow instructions further upset the Complainant.

During the interview process with the Complainant, she detailed specific events that occurred where she felt she was being targeted based on race and her work injury.

Witnesses who were present during specific events that the Complainant felt were retaliatory, discriminatory, or harassing were interviewed. All witnesses were asked similar questions as it related to the complaint and specific incident which they were either involved or overheard in order to make a determination.

*Standard*

General Discrimination is defined by Onondaga County Internal Discrimination/Harassment and Anti-Retaliation Complaint Policy as inappropriate action taken against an individual based upon a person's age, race, creed, color, national origin, religion, sexual orientation, military status, sex, disability, predisposing genetic characteristics, marital status or any other basis protected by Federal, State or Local Law. Such conduct violates this policy whenever it affects the compensation, term or privileges of employment, unreasonably interferes with an individual's work performance, or creates an intimidating, hostile or offensive work environment.

Generally, to be actionable, the complaint of Discrimination/Harassment and Anti-Retaliation should be either of a deliberate, repeated, ongoing nature or a single incident that is so offensive as to be perceived by the Complainant to be, in and of itself, discriminatory and biased. Furthermore, the conduct must be objectively assessed, such that if a reasonable person viewing or knowing of the conduct, would find it to be so.

## **FINDINGS**

As part of the investigation the following was uncovered:

*General findings*

- **The Complainant is liked in the unit and is included in all activities.**

- **Respondents A, B, C, and the Complainant had a close working relationship. They created a "salad club", which was created because the group agreed it would be more cost effective instead of going to out to buy lunch. They agreed that they would all contribute and bring in ingredients since they often ate lunch together.**

- **Respondents A, B, and C were friends with the Complainant and each other.**

- **Respondents A, B, C, and a fellow coworker in the unit were frustrated by the length of the Complainants absence after her work injury, as it created more work for them.**

- **Respondent B, C, and the Complainant attended Respondent A's wedding in September shortly after the Complainant's work injury.**

- **While Respondent A confirmed that she has asked the Complainant to pray for her and her family during hard times, she felt the Complainant overstepped when she put oil crosses on the name plates of Respondents A and C without their consent.**

-2-

- Respondent B believes that things began to change when he started holding the Complainant accountable for completing tasks and inquiring about her whereabouts.

- Respondent B stated that tasks he assigns to the Complainant he often ends up doing or reassigning because the Complainant would either not do the assignment at all or does it incorrectly. Respondent B also stated that he and the Complainant had multiple conversations about her productivity.

*Transfer to Jail Text Message January 29, 2020 Findings*

- Respondent B confirmed and provided documentation that he did say to the Complainant via text message that he would have her transfer papers set for the jail, which is the unit she was originally assigned.

- This text message was a result of the Complainant not responding to phone calls from Respondent B. Earlier that morning the Complainant asked Respondent B if she could make a stop to visit someone in the hospital via text message, which Respondent B approved. However, Respondent B also requested that the Complainant not be too long. This conversation happened at 7:48am. By 11am the Complainant still had not reported to the office and Respondent B had called her several times. Consequently, due to her not responding he sent the text out of frustration and to get her attention.

*Black Maid Photo Incident February, 2020 Findings*

- The Complainant stated that while playing around with cell phones she saw a picture of actress Octavia Spencer from the movie The Help appear in Respondent C's phone saved as the Complainant's photograph. The Complainant further stated, that Respondent C showed Respondent A the picture and laughed about the picture.

- Through investigatory interviews it was brought to light that during lunch Respondent C and the Complainant were playing a game on Facebook that determined which celebrity you looked like. During that conversation, Respondent C stated that she felt that the Complainant looked like an actress from a popular movie. Since she could not remember the name of the actress, she Googled the movie and the picture of Octavia Spencer appeared. In the picture the actress was wearing a maid uniform, as that was her character's role. Respondent C proceeded to explain to the Complainant that she felt the actress was "cute" and that they had similar features (i.e. facial bone structure etc.). Respondent C told the Complainant that she was going to save the picture of the actress in her phone as the Complainant's picture. The Complainant did not say anything and proceeded to eat lunch with Respondents A, B, and C.

- Respondent A stated that she did see the picture during the conversation and agreed that the actress was "cute" and that the actress and Complainant had similar cheek bones and eyes.

- Sometime later, Respondent C was showing the Complainant something in her phone regarding text messages the Complainant sent to her and that picture was saved under the Complainant's name. At that time the Compliant told Respondent C that she did not want that picture to be used for her name and sent her a different one of herself that she preferred. Respondent C complied with the Complainant's request and changed the picture to a picture that the Complainant sent to her.

DEF 001301

*Emoji Incident April 3, 2020 Findings*

- The Complainant stated that she felt it was offensive for a person not of color to use black emojis in her statement.

- Respondent B confirmed that he does send black emojis as well as white emojis. He stated that he typically selects whichever emoji is readily available in the most recently used section, and does not give it much thought.

- To Respondent B's knowledge, the Complainant did not have an issue with his usage of emojis, as she never made her dissatisfaction known to Respondent B.

- Text messages provided as evidence by Respondents A, B, and C show that the Complainant (a woman of color) uses white and black emojis interchangeably in their conversations, similar to Respondent B.

- The use of white and black emojis between Respondent B and the Complainant dates back to 2018.

*Worker's Comp Injury Findings*

- Respondent C stated that she did call the Complainant while she was on leave to check on her. She also stated that she did ask several questions regarding her progress. However, she was asking out of concern and to provide guidance as she had hurt herself on duty once as well.

- Respondent C stated that another coworker, Deputy Poland, wanted to see the video so she went to Respondent B's desk to pull it up. At that time, Respondent B came into his office and showed the video to Respondent C and Deputy Poland.

- Respondent B did admit to showing the video to Respondent C and Deputy Poland.

- Respondent B realized his poor judgment and apologized to the Complainant during the mediation.

- Respondent B was reprimanded regarding his inappropriate actions prior to this complain being filed.

- Respondent's A, B, and C stated that they never mocked the Complainant.

*George Floyd Conversation June 1, 2020 Findings*

- Respondent B and the Complainant were having a conversation regarding recent events as a result of the death of George Floyd, which was overheard by a witness.

- The witness stated that the Complainant and the Respondent viewed the recent event differently, which is what grabbed her attention and resulted to her actively listening to the conversation.

- While the witness did not agree with Respondent B's views and admitted that is what shocked her into listening, she stated that she felt the conversation was civil. She actually didn't realize that the

DEF 001302

Complainant and Respondent B were having a disagreement until she began actively listening to the conversation.

_Car Seat Recertification Incident June 11, 2020 Findings_

- While the Complainant has made it known that she felt uncomfortable with having her recertification done by a particular Deputy in the Department that is the only Deputy who is certified to perform and approve a recertification.

- The Complainant alleged that this particular Deputy did not like her and that she was told by another Deputy that she would purposely fail her. There was no truth found to these statements.

- Respondent A offered to be present during her recertification to ensure the Complainant was treated fairly. However, the Complainant was not satisfied with that offer.

- The Complainant also felt she was being treated unfairly as another Deputy in the unit was recertified by an outside agency. However, through my investigation that Deputy admitted that she did not seek approval before doing so and that Respondent A and Respondent B had no knowledge of how she received it.

- Respondent A and Respondent B also confirmed that they had no knowledge that this particular Deputy was certified outside of the Department.

- The Complainant also claimed that Respondent A told her that this Deputy did not like her. However, Respondent A states that she did not say that, and the conversation that Respondent A and the Complainant had regarding this Deputy had been taken out of context.

_After Action Report Incident June 15, 2020 Findings_

- On Monday, June 8, 2020 Respondent A sent an e-mail to all her direct personnel, which included Respondent B, requesting that they (the Supervisors) send the requested questions to their direct subordinates regarding an after action report. Respondent A was responsible for compiling all of the information and presenting it.

- Respondent B sent the request to his direct subordinates, which included the Complainant on Wednesday, June 10, 2020. The request was to submit the report by June 12, 2020.

- Respondent B stated that not only did he send the e-mail but he verbally communicated the expectation to the Complainant as she was taking a vacation day on Friday, June 12, which was the due date.

- On Monday June 15, 2020 when the Complainant returned to work, Respondent B went to her office to take the Complainant's temperature as he normally would. Respondent A came along with Respondent B to confront her about her failure to complete and submit the requested report.

- A witness did state that the conversation between Respondent A, B, and the Complainant was noticeably loud, but she did not hear Respondent B only Respondent A and the Complainant.

**DEF 001303**

Further, she stated that it was difficult to make out most of the conversation and really only caught small sound bites. The witness stated that the Complainant stopped by her cubicle sometime after the interaction and filled her in on the parts that she was unable to hear.

*Additional Situational Findings*

- The Complainant stated via e-mail at a later date that Respondent B would frequently have what she felt were inappropriate conversations regarding her hair. Further, that he would make comments about his step-daughter's hair smelling when she curled it, which would be followed be Respondent B asking the Complainant if her hair smelled.

- Respondent B admitted that his step daughter's hair does smell when she curls it, and has probably said that. The Respondent did not recall asking the Complainant if her hair smelled too, but did say that it was possible that he did. However, most conversations regarding hair were brought up by the Complainant.

- Respondent B provided various text messages where the Complainant was referencing her hair getting wet and how that would be problematic.

- Respondents A, B, C, and witnesses stated that it is known that the Complainant often brings up her hair in conversation to use as an excuse to not work in the rain.

- The Complainant has also made hair references in the units group chat.

- The Complainant stated that Respondent A and B would often make fun of and mock her urban/Caribbean dialect.

- Both Respondent A and B stated that they have never made fun of her. However, Respondent B did have a conversation with the Complainant stating she needed to be mindful of her usage of words when speaking publicly on behalf of the Department.

- Respondent B provided text messages where it appears the Complainant is drawing attention to her usage of certain words by using bitmojis that say phrases such as: "New phone who dis?", "True Dat!" and "You da real MVP".

- The Complainant stated that Respondent A, C, and another coworker were giving her the "mean girl" treatment, which they all deny.

## RESOLUTIONS

It has been determined following a thorough investigation of the facts, as complained, that this complaint does not rise to the level of harassment. Therefore, the resolution is as follows:

| Encounter | Resolution |
|---|---|
| Worker's comp (WC) surveillance tape viewing Incident with intent to harm and/or in retaliation based on race or WC status | Unfounded |

DEF 001304

| | |
|---|---|
| Transfer back to jail comment incident with intent to harm and/or in retaliation based on race or WC status | Unfounded |
| Inputting actress Olivia Spencer in Respondent C's phone with intent to harm and/or in retaliation based on race or WC status | Unfounded |
| Sending black emojis with intent to harm and/or in retaliation based on race or WC status | Unfounded |
| George Floyd conversation where there was a difference of opinion between Respondent B and the Complainant with intent to harm and/or in retaliation based on race or WC status | Unfounded |
| Car Seat Recertification incident with intent to harm and/or in retaliation based on race or WC status | Unfounded |
| After Action Report incident with intent to harm and/or in retaliation based on race or WC status | Unfounded |
| General Harassment | Unfounded |

## RECOMMENDATION

In the Complainant's response she proposed the following remedy: "I would like all three (3) of these individuals to be charged for being in violation of the County's racial, retaliation and harassment policy. I am in fear of them."

1. I recommend that the Respondents A and C attend a training on boundaries in the workplace.

2. I recommend that the use of emojis, other than yellow in color, be suspended including bitmojis.

3. I recommend that Respondent A and B attend training on management and leadership in the workplace.

Respectfully Submitted,

Vanessa R. Campbell, *Employee Relations Officer*

Lt. Jammie Blumer, *Internal Affairs*

cc:   Eugene J. Coway, Sheriff
      Jason M. Cassalia, Undersheriff
      Dawn Clarry, Director of Employee Relations, Personnel

DEF 001305



**COUNTY OF ONONDAGA** • DEPARTMENT OF PERSONNEL

John H. Mulroy Civic Center
421 Montgomery Street, 13th Floor
Syracuse, New York 13202-2959

DUANE OWENS
COMMISSIONER

• (315) 435-3537 • Fax 435-8272 • e-mail – peweb1@ongov.net • web address – www.ongov.net

June 24, 2020

Karmilla Peck

   **Re:  Onondaga County Employee Harassment and Discrimination Complaint Form**

Dear Ms. Peck:

This acknowledges receipt of your Harassment and Discrimination Complaint form submitted to our office on June 22, 2020.

I will be in touch shortly to schedule a meeting to discuss it.

Sincerely,

Dawn Clarry
Employee Relations Director

DC/aen

cc:  Susan Demari, DS Chief (Civil)

I:\PPJ\Employee Relations\HARASS\2020\Acknow Peck, Camilla OCDC.docx

**DEF 001306**



**COUNTY OF ONONDAGA** DEPARTMENT OF PERSONNEL

John H. Mulroy Civic Center
421 Montgomery Street, 13th Floor
Syracuse, New York 13202-2959
( 315) 435-3537   Fax 435-8272   e-mail – peweb1@ongov.net   web address – www.ongov.net

CARLTON HUMMEL
ACTING
COMMISSIONER

July 27, 2020

Jonathan A. Seeber

Warners, NY 13164

Dear Mr. Seeber:

On June 19, 2020 the Department of Personnel received a harassment complaint that identified you as a Respondent. After a thorough investigation, which included interviews, it has been determined that the complaints against you are **unfounded**. While the complaints did not rise to the level of harassment, there was concern regarding workplace conduct, management, and leadership skills. As a result, I have recommend that you obtain training related to boundries in the workplace and management & leadership.

Throughout this process, this office has maintained a strict level of confidentiality to uphold the integrity of all parties involved, and to not taint the process.

Thank you for your corporation during the investigative process. Onondaga County strives to do our best to review all complaints thoroughly and impartially.

If you want to discuss this matter further, please feel free to make an appointment.

Sincerely,

Vanessa R. Campbell

cc:    Eugene J. Coway, Sheriff
       Jason M. Cassalia, Undersheriff
       Dawn Clarry, Director of Employee Relations, Personnel

**DEF 001307**



# COUNTY OF ONONDAGA DEPARTMENT OF PERSONNEL

John H. Mulroy Civic Center
421 Montgomery Street, 13th Floor
Syracuse, New York 13202-2959
( 315) 435-3537   Fax 435-8272   e-mail – peweb1@ongov.net   web address – www.ongov.net

CARLTON HUMMEL
ACTING
COMMISSIONER

July 27, 2020

Katherine L. Brassie

Warners, NY 13164

Dear Ms. Brassie:

On June 19, 2020 the Department of Personnel received a harassment complaint that identified you as a Respondent. After a thorough investigation, which included interviews, it has been determined that the complaints against you are **unfounded**. While the complaints did not rise to the level of harassment, there was concern regarding workplace conduct, management, and leadership skills. As a result, I have recommend that you obtain training related to boundries in the workplace and management & leadership.

Throughout this process, this office has maintained a strict level of confidentiality to uphold the integrity of all parties involved, and to not taint the process.

Thank you for your corporation during the investigative process. Onondaga County strives to do our best to review all complaints thoroughly and impartially.

If you want to discuss this matter further, please feel free to make an appointment.

Sincerely,

Vanessa R. Campbell

cc:   Eugene J. Coway, Sheriff
      Jason M. Cassalia, Undersheriff
      Dawn Clarry, Director of Employee Relations, Personnel

DEF 001308

confidential
forthcoming

June 25, 2020 - Kamilla Pech - 10AM

- Deputy Sheriff
- April 10, 2006
- Custody Dept. → Comm. Relations Unit
- Rep the agency in a positive light
   └→ working w/ schools, car seats, comm.
  events, neighborhood watch, traffic safety,
  interact and help out comm.
   └→ in unit 2 yrs → Bid Award
- sup is Jon Seeber
- Jon Seeber sup → Kate B. (March 16th 2020)
- Under sheirf Jason Cassallia → Jon's prior
     sup
- Like most: Is an appointment by God - so
  fortunate to help ppl → love senior citizens →
  going into the community → Going home
  feeling rewarded to serve the public
- long transition to comm Relations → wasn't
- 2006 - 2018 in custody in housing
- would participate in comm. events as
  a custody Deputy. New of JS
- Like least: I won't w/ ppl who are not
  genuine about the comm. | weren't engaging
  with inner city      → transfered back patrol
                                          May 2020
- who's in unit: Heather, Kelly, Jon,
                       Kamilla

DEF 001309

<u>March</u>

Describe Relationship w/ Jon
- 2018 → Relationship was very nice & He
was very appriciative of what I did, commit-
ment to unit — we'd do OT together
things were pleasent
  → What changed? May 2019 Jon's wife
  joins the unit → there were personality
  differences → walking to soup r salad
  kelly stated "Shelly has fucked everyone
  in the unit".
    ↳ August 7th 2019 Wheeling a dolly
  I tripped over sand bag → kelly was
  a witness → out of work for a several
  weeks
    ↳ Recieved a ~~phone call~~ for text from kelly
      Aug 20 to call her → kelly started
  asking me questions → what's wrong?
  MRI? Medications? Diagnosis? the convo
  very intrusive trying to get medical info
  → Came back to work in Sept. and
  kelly started coming to me telling what
  other ppl were saying to me
  → finally went to Jon and told him
  ~~not~~ to ask kelly not to come to her
  gossiping → Jon told her and since kelly
  has been standoffish w/ me

How long → Sept./oct. new found BFF Relationship
  between Keta and kelly

**DEF 001310**

Creating a hostile work environment → Most black sheriffs in jail??

- Continually would pick on her about her accent since the beginning

Do they ever pick on each other??

- "that's fucking gay"
- They'd pick on each other in their fun way
  → they're friends
→ vets Day → coming back → talking about baby names → ethnic baby names
  → "If you keep doing that shit "I'm going to through you back to the jail." fucking
    ↳ told him she didn't like it directly
- "work wife Kate → real wife kelly"
    ↳ they dictated his actions
- Relationship w/ Kate: Started off good We became decent friends → which was

Black Hands

destroyed when kelly came
→ told kelly not to gossip w/ Kate about what was going on in the unit
→ March 5th 2020 → Deputy Polland → don retrieved my on duty accident w/
→ kelly + Heather no longer friends
    ↳ Heather felt kelly using matrimonial power to get what wanted

Why??

→ kate Brassie told kamilla katie Kruger wld quit and she did
    ↳ bc her friend Mike from the jail wasn't promoted

- katie Krueger not comfortable not signing off car seats.
  ↳ ~~these~~ No one else has to put 5 car seats in to recertify → Heather Gott to go to the city
- June 15th incident → Collet Reynolds
- emoji ☺ → black hands off and on
- During mediation → kate said she couldn't ask her what she needs
- Mediation → "if you're confident why should it matter if the person likes you"
- Prayer requests from Chief Brassie

- Took car seat keys away after a week
  ↳ there is
  ↳ No written directives for car seat

What are you not telling me?

Had they been other things

- Comment on kelly's butt?
- Comment on Jon's eyebrows?
- Called kate her mammie?

DEF 001312

ONONDAGA COUNTY EMPLOYEE HARASSMENT, DISCRIMINATION, AND ANTI-RETALIATION

## COMPLAINT FORM

Name: Kamilla Peck

Phone Number: _____ Cell _____     E-mail: kamillapeck@ongov.net

Title: Deputy Sheriff-Custody

Department: Custody/Community RElations     Supervisor / Title: Chief Kate Brassie/Sgt. Jon Seeber

If you believe that you have been subjected to harassment, you are encouraged to complete this form and submit it to your Supervisor, Department Head or his/her designee and Onondaga County Division of Employee Relations, 13th floor Civic Center. You will not be retaliated against for filing a complaint.

If you are more comfortable reporting verbally or in another manner, your supervisor or an Employee Relations Officer should complete this form, provide you with a copy and follow its harassment policy accordingly.

## DETAILS OF COMPLAINT

I have been subjected to: ☒ Discrimination ☒ Harassment ☒ Retaliation
based upon: **(check those that apply)**

☐ Sex                          ☒ Race
☐ Gender Identify              ☐ Age
☐ Sexual orientation           ☐ Religion
☐ National origin              ☐ Marital status
☐ Criminal History             ☐ Disability
☐ Military status              ☒ Other  on duty work injury

Date(s) of the alleged discrimination; harassment, retaliation: April 3rd, February 2020, January 29th,2020, June 15th, June11th
Is the discrimination, harassment, retaliation continuing? ☒ Yes ☐ No

Your complaint of Harassment is made about:

Name / Title: Chief Kate Brassie/Sgt. Jon Seeber and Deputy Kelly Seeber
Relationship to you: ☒ Supervisor ☐ Subordinate ☒ Co-Worker ☐ Other

In detail, please describe what happened and how it is affecting you / your work.  **(Attach additional sheets if needed)**
I have been subjected to racial discrimination , workers comp discrimination , harassment and retaliation since the date of my on duty injury on August 7,2019j. Sgt Seeber misused county property to show Chief Kate Brassie, Dep Seeber and Deputy Poland my accident and they were all stating that my injury was falsified and making fun of me. Sgt Seeber continued to reply via text with images of black hands.
ON januray 29th, 2020 he threatened me via text to transfer me back to the jail if I didnt answer my phone. In February 2020, Dep Seeber, Chief Kate Brassie/Sgt. Jon Seeber were all present when I saw an image of me as a black maid under my name on Dep Seeber phone. Chief Brassie agreed with Dep Seeber that I looked like the image. Chief Brassie threatened and humiliated me on June 15th at my desk.

Why do you believe the alleged incident(s) meet the definition of harassment/discrimination/retaliation under the Policy?
ON June 11th, I informed Chief Brassie/Sgt Seeber that I was being discriminated against by them by the unequal treatment that they were forcing me to work under. They told me they are not accepting my complaint and on June 15th, Chief Brassie threatened me a write up so loudly staff heard her in human resources and told me. On April 3rd, I continued to see pattern of black hands sent to me by Sgt Seeber. February 2020   Dep Kelly Seeber had an imagery under her name of me as a black and maid and all of my bosses and her agreed I looked like it.

12/31/ 2018 Date Revised

DEF 001313

Did anyone else witness the alleged incidents or experience similar incidents by the same individual? If yes, briefly state what information each witness will be able to provide. Please list their name and contact information.

On june 1st, Sgt Seeber came in the back and started making me uncomfortable telling me that George floyd case was not racism.

He accused me of being brainwashed bymedia and was very annoyed at me. This was witness by Mattie Pellizarri. On June 17th,

Collete Reynolds informed me that she overheard how poorly and unproffesional both Chief Brassie and Sgt. Seeber spoke to me.

Deputy Heather Poland has witnessed and experienced countless harassing and mean behvavior towards me by Chief Brassie, sGt Seeber and

**(Please note that the County may consult with additional witnesses should it be determined that these individuals possess relevant information)**

Are there any documents, emails, records, or other evidence related to your complaint? Describe or attach if possible.

I have countless text messages of Sgt. Seeber sending me black hands. I have the text messages of Sgt. Seeber's threats to transfer me to jail .

Deputy Poland was present and witnessed Chief Brassie, Dep Seeber and Sgt Seeber mocking me and making fun of my on duty injury on video .

Have you previously reported or otherwise complained about this incident to anyone in your department or in the division of employee relations. If yes, when, to whom and what was the result?

I was scared to lose my position.

What is the remedy you are seeking?

I would like for all 3 of these individuals to be charged for beng in violation of the County's Racial, retaliation and harassment law. I am in fear of them.

**If you have retained legal counsel and would like us to work with them, please provide their contact information.**

I certify that the above statements are true to the best of my knowledge.

Date: 06/19/2020 _____   Employee signature: _Kamilla Peck_____

1. You must file your complaint with your supervisor, department head, another manager, or the Division of Employee Relations as promptly as possible after the occurrence. Any unreasonable delay in reporting may make it more difficult for the County to investigate the allegations
2. After you have filed your complaint an investigation will be completed as soon as possible.
3. If you have not received a response within 30 calendar days of your complaint, you may notify the Division of Employee Relations. If an extension of the investigation or time to resolve the complaint is required you will be updated on the status of your complaint.
4. The employee, within 30 calendar days of their formal determination, will be entitled to an appeal if it is determined that one the criteria listed within the County policy are found.

This internal complaint does not interfere with the right of employees to file complaints with the New York State Division of Human Rights, the Equal Employment Opportunity Commission, or any other agency.

The County will maintain the confidentiality of the complaint to the greatest extent possible in the thorough and complete investigation of the complaint. Effort will be made to safeguard the privacy and rights of all persons involved.

Onondaga County policy and federal and state laws prohibit retaliation against any person because they have filed a harassment or discrimination complaint or served as a witness in the investigation. If you believe you have experienced retaliation, notify the appropriate investigating officer as soon as possible.

For more information, read the County Internal Complaint Policy for Discrimination, Harassment and Anti-Retaliation available from your department head, the County Division of Employee Relations, or on the County Intranet.

Continued Complaint against Chief Brassie/Sgt. Seeber/Dep Seeber (06/19/20)

I have been subjected to some of the most abhorrent and distasteful behavior demonstrated by all of these 3 colleagues of mine. The Harassment really took a serious turn after my in the line of duty work related injury on August 7th,2019. Chief Brassie, Sgt. Seeber and Deputy Seeber all decided that I was faking my injury and Sgt. Seeber decided to pull up the video surveillance footage and then showed it to  Kate Brassie at the time, Deputy Kelly Seeber and Deputy Heather Poland. Deputy Poland told me that this had happened and I was notified by her around June 15th,2020. Deputy Poland stated that she witnessed them all making fun of me and laughing and accusing me of being an abuser of the comp system. On June 16th, during a mediation hearing with my union president, chief Brassie and Sgt Seeber, Sgt Seeber did admit to misusing his position to show video of my on duty injury that was captured on video to all of the ladies named above. I told him how mean and insensitive his actions were and how humiliated and degraded I felt that he would involve all of my colleagues in sensitive workers compensation matters about my injury. On June 11th, I was called in Sgt Seeber's office with him and Chief Brassie to talk about my car seat recertification license. Chief Brassie and Sgt Seeber informed me that they would be ordering me to conduct a one on one carseat check list performed by myself and Deputy Kathleen Kruger. I then notified both Chief Brassie and Sgt. Seeber that I felt uncomfortable because Deputy Kruger has expressed her dislike for me and she has gone over board to always treat me unkind.( Deputy Heather Poland has witnessed countless incident of Dep Kruger mean and cold behavior towards me). I then told Chief Brassie that she herself has stated to me last year that Dep Kruger had stated ," If Kamilla is transferred to Community Relations, then I will fucking quit!" I asked the both of my supervisors how can they ethically force me to work with this deputy after they know how unfair and unkind she has been towards me. I then informed them that no other car seat technician has been forced to perform a one on one non car seat event with Dep Kruger. I informed my bosses that they allowed Deputy Poland to get her carseat signed off by a Syracuse police car instructor(Mike Goudy) because she did not feel comfortable going to Deputy Kruger who was the only car seat instructor for the sheriff's. I suggested a reasonable option that I had an instructor outside of the agency who was willing to conduct a seat check for me. Both of my bosses said they did not want me going to anyone outside the agency. At that time, I indicated to both Chief Brassie and Sgt. Seeber that I felt that I was being discriminated against and treated unequal because no other deputies have been subjected to being forced to work with another deputy who they know is completely obnoxious and hateful and unprofessional towards them. Sgt . Seeber became very angry and stated," I am not going to accept that. We are not going to let you play that card!" Chief Brassie quickly followed up with " Yeah, we are not playing your poor me nonsense!" . **At no point was I offered to fill out a county discrimination form after stating on June 11th that I felt that I was discriminated against**. On my next day back to work on June 15th, (**retaliation**)Chief Brassie and Sgt. Seeber both came into my cubicle and started interrogating me about an email after action report that was due on my vacation day 6/12. Chief Brassie started yelling at me in a demeaning and intimidating tone, " Why is your computer not on? I informed her that it was on , it was just slowly downloading. She stated," Don't call IT, put a request to the help desk!" She then said," What time did you get here? " I told her around 8:30-40 am. She then started yelling at me," Where is your after action report about the protest?" I told her that I was sorry and I had forgot to email it in. **Chief Brassie then yelled at me, " Sorry does not cut it! I am going to have him write you up!"** It

should be noted neither even said good morning or anything, they just came in and started making me feel nervous and uncomfortable. After they both left, I was told by human resource worker Colette Reynolds that she overheard the interrogation and hostile conversation that took place with Chief Brassie and Sgt. Seeber. Colette Reynold told me she heard everything and she could not believe how professional I conducted myself as they were intimidating and threatening me with a write up. At that moment after speaking with Colette Reynold I knew in my heart that I needed to speak up and report everything. I could no longer take the verbal threats, intimidation and mistreatments that I was subjected to by my 2 bosses. My stomach started hurting and I started feeling tremendous anxiety about losing my job. I then contacted my DSBA union president Kevin Moore and informed him about what I have been subjected to for almost a year. I feel as if they are still plotting against me to jam me up and to get me transferred back to jail. I love my job. I love my community. I don't want to get transferred. Please help me!

There has been an ongoing issue with Sgt. Seeber threatening to throw me back to the jail as he puts it.  He has verbally threatened to " throw your ass back to the jail!" I have told him several times to stop because I don't like it when he says that. I told him that I don't see him threatening Deputy Poland to kick her back to road patrol , so please don't threaten me . **On January 29th, he sent me a scathing text messages stating that if I did not answer my phone, he was going to have my papers transferred back to the jail.** He was so angry at me that day because I did not hear my phone ringing as I was driving.

Sgt. Seeber has been sending me emojis of "extremely black hands" every time he concludes his text to  me. I feel the images of those black hands being sent to me by a non person of color is very insensitive and offensive. I was so scared to say anything to rock the boat in the agency but I knew those emojis were not right.

During the month of February 2020, Deputy Kelly Seeber told me to call her new cellphone to check her ringtones in Sgt Seeber's office. I called her phone and as I looked over, under my name "Kamilla" on her phone there was an imagery of the actress who played in the movie "The Help". It was Octavior Spencer dressed up in her role as a black maid in a maid uniform. I immediately told Deputy Kelly Seeber, that the imagery on her phone under my name was racially offensive to me and she should remove it. Deputy Seeber then stated, " Look Kate isn't this a cute picture? " Chief Kate Brassie then came over and looked at Deputy Seeber's phone and stated," Yep, it looks exactly like Kamilla!" I became upset at Chief Brassie and stated," Yeah, I know Kate, she looks just like my twin sister !" Sgt. Jon Seeber told me to relax and get a thick skin and stop taking things so personal. I am not a maid or a domestic and I did not appreciate to be categorized as that role. I was so disgusted by all 3 of them laughing at me being upset at that picture. I was being made fun off and demoralized by them all based on my race.

On June 1st, I suggested to Sgt. Seeber that I wanted to provide a solution for the city's civil unrest as a result of the death of Geoge Floyd, Sgt. Seeber became highly annoyed and stated that the unrest and protesters will go away after a few days and that they always do this after events like that happened. He then stated that the incident of George Floyd was not a racial incident and it was just a regular in custody death and everyone was making it racial when none of the officers said anything racial. He proceeded to accuse me of being brainwashed by the media. His comments were racially insensitive

DEF 001316

towards me as a black woman and I felt so uncomfortable by his comments. This incident was witnessed by the part time civilian staff member in the other cubicle. Her name is Mattie Pellizarri and she spoke to me afterwards and said how sorry she felt for me and she wanted me to know that her and her family do not agree with the death of George Floyd . Mattie expressed that she could not believe that Sgt. Seeber said those things to me knowing that I am an African American woman.

During the first six months of my transfer to community relations, Sgt Seeber sat me down in his office and proceeded to say," Kamilla , so I have to tell you that the real reason that we brought you here to community relation, was because you are black. " Sgt. Seeber then started laughing and stated," Oh , I am just joking ." I did not like his jokes as they were racially insensitive, however I did not report as I did not want to lose my position.



Since my initial transfer date to Community Relations in April 2018, I have been made fun of and mocked for having an urban dialect. Both Chief Brassie and Sgt. Seeber continues to make fun of the way that I pronounce certain words. For example, they both tease me every time I say the word "that". Chief Brassie and Sgt. Seeber always start laughing and repeating what I say in an urban accent stating " dat".  They both team up and start pretend to start speaking in an urban dialect to mock me. I feel so unaccepted and like an outcast by this blatant culturally insensitive behavior demonstrated on both parts.



There are so many incidents of discrimination and unfair harassment that I cant remember them all. During the last 2 months after Chief Brassie's promotion to chief, her and Deputy Kelly Seeber and Sgt Jon Seeber has tag teamed up together and has been so unkind and mean to me.  Chief Brassie constantly rolls her eyes towards me , she barely speaks when she is with Deputy Kelly Seeber. They are forever giving me the "Mean Girl" treatment and as a result I am constantly staying at my desk at my cubicle. I feel so humiliated, uncomfortable and I am in in complete fear for my job. On June 18th, after my work forum, I informed Sheriff Conway, I was in fear of my job because the incidents involving Chief Brassie, Sgt Seeber and Deputy Seeber are spiraling out of control. He said he would be talking to me about it in a few days. However, I know the retaliatory behavior by Chief Brassie and Sgt. Seeber will continue against me. Chief Brassie is very politically connected and she brags about having Chief Susan DeMari in her pocket as well as the top Sheriff's administration. How do I get justice when I am going up against this? I am so terrified ! I do not feel comfortable around any of the 3 of them. They are constantly trying to find anything now to build a case against me. It should also be noted that Sgt. Seeber threatened to transfer me to the jail on January 29th,2020 when I have never even been written up by him in my unit for 2 years. I have received countless awards for community service and for the county's Dr Martin Luther King Award. I am a great community relations deputy and I am living in fear and anxiety because these 3 individuals will be seeking revenge and retaliation for me speaking out. I am in danger of seriously losing my job because these individuals will use their working connections to entrap me or create a paper trail on me. I want the County to know that I have never been written up, so if this starts now, please do not allow me to be harassed and intimidated for standing up for the truth. I cannot live in silence anymore. They are creating a hostile working environment for me. My rights as an African American woman working within the county of Onondaga were violated . My injury was used against me to defame my character within my department by all of these individuals. I have

DEF 001317

and will continue to face retaliatory encounters as a result of me speaking up. The County has to protect me from these individuals because they are making my life a living Hell.......I do not want to be transferred from my unit at Sheriff's Headquarters as retaliation. Please make this stop!

Sincerely

Deputy Kamilla Peck

DEF 001318

**Natashka Nunez-Merced**

| | |
|---|---|
| **From:** | Kamilla Peck |
| **Sent:** | Monday, June 22, 2020 11:02 AM |
| **To:** | Natashka Nunez-Merced |
| **Subject:** | Fwd: Complaint |
| **Attachments:** | mime-attachment |

Sent from my iPhone

Begin forwarded message:

> **From:** Susan DeMari <SusanDeMari@ongov.net>
> **Date:** June 22, 2020 at 10:05:01 AM EDT
> **To:** Kamilla Peck <kamillapeck@ongov.net>
> **Subject: RE:  Complaint**
>
> Good morning.
>
> Please know that first and foremost, the fact that you have clocked in this morning and cannot be located is a concern for your supervisor.  Sgt. Seeber was unaware of my email to you with regard to the County Personnel Office and the directions you were provided.   When Sgt. Seeber was unable to locate you, he asked me directly why he was being copied in on your email about County Personnel.  I simply advised your Sgt. that I had not requested you go to County Personnel.
>
> For me, your failure to follow my directions, which were very clear in my email, is of concern.
>
>> "Please complete the enclosed complaint form and submit it to me immediately or you may submit it to Dawn Clarry from the Personnel Department via email at DawnClarry@ongov.net.  I have asked the Personnel Department to contact you if you do not reach out to them first."
>
> Once you have completed the forms and provided them to County Personnel, you should report to your supervisor.
>
> Thank you,
>
>
> Susan C. DeMari
> Chief Deputy / Civil Division
> Onondaga County Sheriff's Office
> 407 South State Street
> Syracuse, NY 13202
> (315) 435-3069

1

DEF 001319

**From:** Kamilla Peck
**Sent:** Monday, June 22, 2020 9:03 AM
**To:** Susan DeMari
**Cc:** Jon Seeber
**Subject:** Complaint

I am now heading over to the county building to file my complaint as per your request.

Deputy Kamilla Peck
Onondaga County Sheriff's Office
Community Relations Unit
407 South State Street
Syracuse, NY 13202
(315) 435-3006, ext 3

*"I am not interested in power for power's sake, but I'm interested in power that is moral, that is right and that is good."- Dr. Martin Luther King Jr.*

2

**DEF 001320**

**Natashka Nunez-Merced**

| | |
|---|---|
| **From:** | Kamilla Peck |
| **Sent:** | Monday, June 22, 2020 11:06 AM |
| **To:** | Natashka Nunez-Merced |
| **Subject:** | Fwd: Complaint |

Sent from my iPhone

Begin forwarded message:

> **From:** Kamilla Peck <kamillapeck@ongov.net>
> **Date:** June 22, 2020 at 9:03:13 AM EDT
> **To:** Susan DeMari <SusanDeMari@ongov.net>
> **Cc:** Jon Seeber <JonSeeber@ongov.net>
> **Subject: Complaint**
>
> I am now heading over to the county building to file my complaint as per your request.
>
> Deputy Kamilla Peck
> Onondaga County Sheriff's Office
> Community Relations Unit
> 407 South State Street
> Syracuse, NY 13202
> (315) 435-3006, ext 3
>
> *"I am not interested in power for power's sake, but I'm interested in power that is moral, that is right and that is good."- Dr. Martin Luther King Jr.*

1

**DEF 001321**

**Natashka Nunez-Merced**

| | |
|---|---|
| **From:** | Kamilla Peck |
| **Sent:** | Monday, June 22, 2020 11:04 AM |
| **To:** | Natashka Nunez-Merced |
| **Subject:** | Fwd: Timely Action Needed |

Sent from my iPhone

Begin forwarded message:

> **From:** Kamilla Peck <kamillapeck@ongov.net>
> **Date:** June 22, 2020 at 8:10:12 AM EDT
> **To:** Monica Williams <MonicaWilliams@ongov.net>
> **Subject: Fwd: Timely Action Needed**
>
> This was the email that Chief sent me . They are giving me to Submit it to this lady . I want it to be filed through the your office . They are going to make me file through this lady today .
>
> Sent from my iPhone
>
> Begin forwarded message:
>
> > **From:** Susan DeMari <SusanDeMari@ongov.net>
> > **Date:** June 18, 2020 at 5:47:52 PM EDT
> > **To:** Kamilla Peck <kamillapeck@ongov.net>
> > **Subject: RE: Timely Action Needed**
> >
> >
> > Thank you for letting me know.  I have alerted Dawn Curry-Clarry at County Personnel that you will be submitting the form on Monday.
> >
> > Have a good weekend,
> >
> > Susan C. DeMari
> > Chief Deputy / Civil Division
> > Onondaga County Sheriff's Office
> > 407 South State Street
> > Syracuse, NY 13202
> > (315) 435-3069
> >
> > **From:** Kamilla Peck
> > **Sent:** Thursday, June 18, 2020 3:13 PM
> > **To:** Susan DeMari
> > **Subject:** Re: Timely Action Needed

1

**DEF 001322**

Thank you so kindly Chief DEMARI: May I address this packet on Monday. This week has been draining to my soul and my family . I need to go home to family and seek peace , if it's ok with you .
Sincerely
Kamilla

Sent from my iPhone


On Jun 18, 2020, at 8:33 AM, Susan DeMari <SusanDeMari@ongov.net> wrote:

Deputy Peck,

It is my understanding that you participated in a meeting with Chief Brassie, Sgt. Seeber, and DSBA President Kevin Moore on Tuesday, June 16th.  The meeting was requested by Kevin Moore for the purpose of you being able to raise concerns that you had with your supervisors. In requesting the meeting, it is also my understanding that Kevin Moore reported to Chief Brassie that you "felt threatened" by her requests for information from you made the day prior to your meeting, pertaining to dates and times of events that you had attended.

I am writing this email to you because Chief Brassie has informed me that during this meeting that took place on the 16th, you raised a concern about potential disparate treatment based on your race and religion.  I have not been fully made aware of the details of your concerns. However, given the nature of your concerns, pursuant to County policy, it is required that your concerns about race and religion be forwarded to the County Personnel Department for prompt and thorough investigation.  **Please complete the enclosed complaint form** and submit it to me immediately or you may submit it to Dawn Clarry from the Personnel Department via email at DawnClarry@ongov.net.  I have asked the Personnel Department to contact you if you do not reach out to them first.

Additionally, I am aware that you were out of the office yesterday on Sick Leave. If your Sick Leave is related to this matter, please advise me immediately.  If you are feeling uncomfortable or threatened due to the concerns that you have raised, I am willing to discuss options to help you continue to work during the investigative process.

Please let me know what we can do to help you feel comfortable and work through this matter.

2

DEF 001323

Susan C. DeMari
Chief Deputy / Civil Division
Onondaga County Sheriff's Office
407 South State Street
Syracuse, NY 13202
(315) 435-3069

<OnondagaCountyComplaintForm.pdf>

DEF 001324

**Natashka Nunez-Merced**

| | |
|---|---|
| **From:** | Kamilla Peck |
| **Sent:** | Monday, June 22, 2020 11:02 AM |
| **To:** | Natashka Nunez-Merced |
| **Subject:** | Fwd: Complaint |
| **Attachments:** | mime-attachment |

Sent from my iPhone

Begin forwarded message:

> **From:** Susan DeMari <SusanDeMari@ongov.net>
> **Date:** June 22, 2020 at 10:05:01 AM EDT
> **To:** Kamilla Peck <kamillapeck@ongov.net>
> **Subject: RE:  Complaint**
>
> Good morning.
>
> Please know that first and foremost, the fact that you have clocked in this morning and cannot be located is a concern for your supervisor.  Sgt. Seeber was unaware of my email to you with regard to the County Personnel Office and the directions you were provided.   When Sgt. Seeber was unable to locate you, he asked me directly why he was being copied in on your email about County Personnel.  I simply advised your Sgt. that I had not requested you go to County Personnel.
>
> For me, your failure to follow my directions, which were very clear in my email, is of concern.
>
>> "Please complete the enclosed complaint form and submit it to me immediately or you may submit it to Dawn Clarry from the Personnel Department via email at DawnClarry@ongov.net.  I have asked the Personnel Department to contact you if you do not reach out to them first."
>
> Once you have completed the forms and provided them to County Personnel, you should report to your supervisor.
>
> Thank you,
>
>
>
> Susan C. DeMari
> Chief Deputy / Civil Division
> Onondaga County Sheriff's Office
> 407 South State Street
> Syracuse, NY 13202
> (315) 435-3069

1

DEF 001325

**From:** Kamilla Peck
**Sent:** Monday, June 22, 2020 9:03 AM
**To:** Susan DeMari
**Cc:** Jon Seeber
**Subject:** Complaint

I am now heading over to the county building to file my complaint as per your request.

Deputy Kamilla Peck
Onondaga County Sheriff's Office
Community Relations Unit
407 South State Street
Syracuse, NY 13202
(315) 435-3006, ext 3

*"I am not interested in power for power's sake, but I'm interested in power that is moral, that is right and that is good."- Dr. Martin Luther King Jr.*

2

DEF 001326

11:14 ◢    ▪▪▫ LTE 🔋

Delete All                Cancel

Jon ›



Wed, Jan 29, 11:17 AM

**Hi I was driving**

Call me

If you don't call me now....I will have your transfer papers set for the jail!!!!!

DEF 001327



**New iMessage**          Cancel

To: Jon Seeber

**The one thing that I need you to do tomorrow is to figure out what we are doing with the gloves/mittens and make sure they are collected from the locations.**

Ok .

You got it DUDE 👌



See you tomorrow



DEF 001328



12:17

**New iMessage**                    Cancel

To: Jon Seeber

Fri, Apr 3, 1:17 PM

Do you think  a joint alliance between us , SPD and Fire Dept doing like lights /sirens would be a good collaboration across from the hospital . I'm just thinking based on current trends

We can run it by the boss


 
iMessage

       

DEF 001329



12:17

New iMessage            Cancel

To: Jon Seeber

Do you think 🤔 a joint alliance between us , SPD and Fire 🚒 Dept doing like lights /sirens would be a good collaboration across from the hospital . I'm just thinking 🤔 based on current trends

We can run it by the boss



5:23



the-help-2011-film.fandom.com

vignette.wikia.nocookie.net/the-help-2...

Images may be subject to copyright. Learn More

→   Show all images of Minny Jackson

**Related images**






DEF 001331



DEF 001332

**To:** Jammie Blumer <JammieBlumer@ongov.net>; Vanessa Campbell
<VanessaCampbell@ongov.net>
**Subject:** After action report biased evidence

Good Afternoon Lt Blumer and Ms Campbell, I am requesting that **Onondaga County Sheriff's Records Clerk , Joanne Phillips be addressed** as Ms Phillips has told me repeatedly that she had not submitted her after action report by the June 12th deadline either. Ms Phillips works in the **Sheriff's record unit which is also under the command of Chief Kate Brassie.** Ms Phillips had indicated to me on that she had not yet submitted her email after action report on 6/12, 6/15,, 6/16, 6/17 etc. Ms Phillips also stated that even on 6/16 , neither Chief Brassie or her immediate supervisor Mary Jo had approached her with a threat of a write up. At no point, did Chief Brassie enter the records unit and enter the cubicle belonging to Ms Phillips and threatened her with a write for failing to meet the June 12th deadline. I am requesting that you go to speak with Ms Phillips, as she will be retiring within a few days. **This is important evidence as it shows a clear cut bias and intentional mistreating to me regarding the way I was singled out and intimidated by both Chief Brassie and Sgt Seeber on June 15th, while the workers of other color were not humiliated and threatened by Chief Brassie for failing to meet the same deadline. Please submit this into my discrimination complaint .**

**Thank you both so much,**
**Kamilla**

Deputy Kamilla Peck
Onondaga County Sheriff's Office
Community Relations Unit
407 South State Street
Syracuse, NY 13202
(315) 435-3006, ext 3

*"I am not interested in power for power's sake, but I'm interested in power that is moral, that is right and that is good."- Dr. Martin Luther King Jr.*

**DEF 001333**



Kamilla Peck <KamillaPeck@ongov.net>

**To:** Jammie Blumer <JammieBlumer@ongov.net>; Vanessa Campbell <VanessaCampbell@ongov.net>

Good Afternoon Lt Blumer and Ms Campbell, I am requesting that **Onondaga County Sheriff's Records Clerk , Joanne Phillips be addressed** as Ms Phillips has told me repeatedly that she had not submitted her after action report by the June 12th deadline either. Ms Phillips works in the **Sheriff's record unit which is also under the command of Chief Kate Brassie.** Ms Phillips had indicated to me on that she had not yet submitted her email after action report on 6/12, 6/15,, 6/16, 6/17 etc. Ms Phillips also stated that even on 6/16 , neither Chief Brassie or her immediate supervisor Mary Jo had approached her with a threat of a write up. At no point, did Chief Brassie enter the records unit and enter the cubicle belonging to Ms Phillips and threatened her with a write for failing to meet the June 12th deadline. I am requesting that you go to speak with Ms Phillips, as she will be retiring within a few days. **This is important evidence as it shows a clear cut bias and intentional mistreating to me regarding the way I was singled out and intimidated by both Chief Brassie and Sgt Seeber on June 15th, while the workers of other color were not humiliated and threatened by Chief Brassie for failing to meet the same deadline. Please submit this into my discrimination complaint .**

**Thank you both so much,**
**Kamilla**

Deputy Kamilla Peck
Onondaga County Sheriff's Office
Community Relations Unit
407 South State Street
Syracuse, NY 13202
(315) 435-3006, ext 3

*"I am not interested in power for power's sake, but I'm interested in power that is moral, that is right and that is good."- Dr. Martin Luther King Jr.*

Susan DEMARI is on IOD committee and denied my IOD 207c in December...

# Kamilla Peck <kamillafolkes@icloud.com>

Thu 6/25/2020 10:15 AM

**To:** Vanessa Campbell <VanessaCampbell@ongov.net>

**NOTICE:** This email originated from **outside** of Onondaga County's email system. **Use caution** with links and attachments.

Susan DEMARI is on IOD committee and denied my IOD 207c in December. Because her, Kate, Jon and Kelly were all in cohorts with each other saying my injury was fake. So she played her card for them and denied my 207c for frivolous reason. I Still have not received an appeal hearing or compensation for my dr visit county time that I used.

https://outlook.office365.com/mail/inbox/id/AAQkADA5MjRhZmY2LTFkZmYtNDZiMC04Y2E3LWJmMzVjMzYzMTAzMAAQAI9bXUqjDi9LtbjOHGpQtZc...   1/2

DEF 001336

https://outlook.office365.com/mail/inbox/id/AAQkADA5MjRhZmY2LTFkZmYtNDZiMC04Y2E3LWJmMzVjMzYtMTAzMAAQAI9bXUqjDi9LtbjOHGpQtZc...    2/2

Additional uncomfortable experience

Kamilla Peck <KamillaPeck@ongov.net>
Tue 6/30/2020 4:47 AM

To: Vanessa Campbell <VanessaCampbell@ongov.net>

Good Morning Ms Campbell, I was up early this morning and I just remembered that there were several instances over the 3 years that I worked for Sergeant Seeber that he would proceed to tell me that when his biracial half Black/white step daughter comes and runs her hair that smells so fucking horrible in the bathroom. Sgt Seeber then would always instantly follow it by asking me " does your hair smell like that too when you do it?" As I stated in my interview there's been so many instances so I can't remember everything. However, when I recall an incident I will update you so it can be added to my complaint. Sgt Seeber's stepdaughters name is Bree and as I said she is Kelly's daughter from a earlier relationship prior to their marriage. Bree is biracial and Sgt Seeber always brought up how her smelled and always felt comfortable asking if my hair smells when I do it. His comments were clearly offensive and quite racially stereotypical to me.

Sent from my iPhone

        On Jun 29, 2020, at 10:53 AM, Kamilla Peck <kamillapeck@ongov.net> wrote:

        Thank you as well

        Sent from my iPhone

                On Jun 29, 2020, at 8:41 AM, Vanessa Campbell
                <Vanessa.Campbell@ongov.net> wrote:

                Hi Kamilla,

                I'm confirming that I received your email. Thank you for the additional
                information.

                Vanessa

                **Vanessa R. Campbell,** SHRM-CP
                Employee Relations Officer
                Onondaga County Department of Personnel
                John H. Mulroy Civic Center, 13th Floor
                421 Montgomery Street
                Syracuse, NY 13202
                Ph. (315) 435-3537 ext. 3501

                **From:** Kamilla Peck <KamillaPeck@ongov.net>
                **Sent:** Saturday, June 27, 2020 2:15 PM

**DEF 001337**

12:33 PM - Jon Seeber - July 1, 2020

- Sgt. & Police
- PIO - all media relations, comm. relations,
Project Life Saver neighborhood watch, State, websites, email
from public, awards, committee, recognition
- Oversee 27 (3 deputies direct reports)
- 2003 → came back 07/08
- 2014 full time PIO
- Under Sheriff / Sheriff / Chief Brasnie
    ↑                              ↳ Comm Relations
            Prior to Brasnie            Awards

Most - Dedicated employee → likes to put out the
positive about the agency → promoting to
good works of employees

least - Honestly, don't like to be overwhelmed
w/ all these responsibilities → do more w/
less → not fair with all my employees
bc I have so much to do → demanding job

Leadership Style - Very easy going → something wrong I speak
to the person → say im a decent boss
- Pretty particular → expressing how, when,
things need to be done I comm effectively

conflict - I don't like conflict → especially in a cont.
I try to address it the best I can.
- Seeber → works for me but reports to
Brasnie bc she's my wife. Peck DEF 001338

FMLA??

- Actually a good worker → never had any backlash when giving her an assignment

Brassie → Known her for a while → friends w/ my daughter → She's a good worker → She's always helped me out → good working relationship → no relationship w/ Brassie

Pamela - We had a good working relationship → I have to speak w/ her about issues → but never brought to my att that had → ↳ No personal relationship

Poland - Poland traffic safety program → left in may → good employee → suprised when she wanted to leave → If there was some type of tension she wanted to have a meeting → always thought ppl were conspiring against her

- The big change w/ Peck and Poland is when Kate was promoted chief ↳ prior to ~~the~~ good work friends → nothing outside besides Kate's wedding

- Had multiple verbal conversations w/ her about productivity

- out for over a month → 2 to 3 appts /day or wk wld never tell me when the appt. was → Personnel ~~never~~ said schedule after or before work

DEF 001339

- didn't faking but fabricated - based on what I saw looked like less of an issue
- creates a lot of frustration for everyone
- Heather and kelly saw the video & I showed it to them → I was spoken to about that by chef Dnani
→ kelly reached out to kamilla to see how she was doing that's all → wanted share her experience
- After Action Report → Recieved email from Brassie on 9th → Sent early morning on 10th → Monday she had not submitted report → could not given a reason → comp not on → on phone → No yelling → Stern conversation
- Expire on the 30th of June → kamilla and Katie didn't like each other → never witnessed it → Katie
- Katie Kruger received a call asking if still certifying bc kamilla was calling around outside the unit → they held a meeting and kamilla was irrate and disrespectful → Katie asked several times to lower voice raised latter and email about
- June 10th AAR → June 11th Caire seat apart → June 12th Vaca Report due → June 15th →

Race ?

Jail → Key Speech

May

- 2018 sent the black emoji would go back
  and forth w/ emojis
- which celebrity do you cook like?
  ⟶ Convo → Idk if Kate was there
    ⟶ Idk if Kelly had it saved as a contact
- Doesn't recall a situation that involved Kate
  and Kelly but was situation where
  Kemiilla brought up names
- Didn't want to go outside if it was
  raining out
- G Floyd situation → have the Sheriff
  approval → focus on what we can
  control → building safety

DEF 001341



X 3045 Kate Brashie - July 1, 2020 -

- Chief of staff services
- 8½ yrs → March 16, 2020
- Concury Exec. Sec.

Most - like interacting w/ ppl and sheriff and under sheriff

least - currently that there's no AC → Nothing that I don't like — love coming to work

Leadership Style - try to connect with everyone → personal and profession

  ↳ Records, Comm Relations, fleet, Services
  ↳ 25 to 30 staff

Comm Style - Very open → make it a point to let everyone know of there is an issue can come and discuss it → employees are our success → want to be

Conflict — try to come up w/ solution that makes everyone happy
  ↳ it's difficult to make everyone happy but I try
- I'd hear you out and reflect on myself to see how we can move past it

Direct Reports - depat Christan, Dano, Sceber, Higgins
- typically address sup but if staff member too
- Strong work relationship → worked w/ him previously in comm relations

DEF 001342

✗ keeps to trailer

→ went to high school with his step daughter and knew him previously

→ relationship really began when became our PIO (Public Info Officer)

→ we had a personal relationship → she was invited to my wedding → things changed when @ I couldn't go out with her in the morning → did text often

- Polland, Seeber, King

Seeber → Good relationship → kind of the same thing as Sgt Seeber → All 4 created a bond Pech, Seeber, Seeber, Polland

Polland → Good relationship until Teletime was taken away → When I became chief I think she wanted me to give teletime back

↳ if Deputy Seeber needed to teletime she would ask me

↳ wasn't deron during the fight but had to do with teletime

↳ No access to kronos yet so can't tell how ppl are punching in

→ feels polland left due to held account for time

Change in Pech Relationship → Couldn't go out to get coffee anymore bc of time change and getting married

→ Peck was out → then I went on my
  Vaca → came back
→ Deputy Seeber called & Peck asking about
  her injury
→ Was in the room when Pollard told
  Seeber ~~when~~ that Peck felt uncomfortable
→ told Peck she talk to Deputy Seeber
→ was out of the loop on why she was
  out
→ Didn't want to get involved with Peck
  and Seeber
→ No — never faking it — there was
  disappointment bc she was out for a while
  ↳ everyone was ~~general~~ concerned
→ Sgt. Seeber More towards the end wanted
  to know when she was going to come back
  never ill will
→ I watched the video bc I wanted to
  make sure there were no other hazards
  ↳ I asked to see the video prior to
  us being in there → on a seperate day.
  ↳ Pollard and Seeber wanted to see
  the video bc frustrated at length of
  time out → Sgt. Seeber played the
  video for them → looking back dont
  think appropriate → no one laughed.

**DEF 001344**

Krugier
- Name - - Jail - cell phone Picture ✓

→ • Frustrated by seeing her at ~~her~~ wedding
   dancing (Sept. 27th)
→ • Also - day she fell did an overtime
   event
→ • After Action Report → about protest and
original report   RIOTS Sheriff and under Sheriff gave
June 8th  deadline date 12th
         ↳ going to take temp Sgt. Seeber
         ↳ I walked over after and asked
Why      if had the AAR email on ~~June~~ 10th
Memo     ↳ asked what time you got in → comp
         Still not on → looked confussed →
         I told ~~her~~ Sgt. to write a memo
         ↳ Didn't ~~vais~~ voice ??

- 845AM
↳ Has heard said going to send you back to
   the jail (when trying to get a hold of her

• → Moore asked if could have a
   meeting June 16th → what are the issues
   here to move past → if wanted to sit down
   w/o the 5th person
- Salad Club
   ↳ On FB there is a "what actress do you
   look like → Deputy Peck "said don't put
   that ~~pic the~~ that picture in as my Contact
   "I'll send you another picture that I like"
& We sat and finished salad theme ~~of POST~~

DEF 001345

1 PJ panel
        keys to fleet

- Cene Seat tech event in Lake George
  → didn't think it looked good ~~to other~~
    ~~agencies~~ going to other agencies
  ↳ offered to stand with ~~to~~ Pech
  ↳ all allegations I looked into
  ↳

  → Picking up meshs thought there was down
    time and they could do it → 3 or 4 trips
  → 2 keys deputy Poland and deputy Pech
  ↳ Sgt Seeber asked for thee key but
    not sure why
- ~~he~~ only talked to her once about the why
  She spoke never about appearance
  → never said anything about weight
  → Foot wear not ~~that~~ that I'm aware off
  → Not that I recall
  → No
- @ Sgt good to Deputy Pech → I think
- issues arise when she's held accountable
  → knew about the telephone conversation

DEF 001346



On 6/16/20 Sgt. Jon Seeber, Deputy Kamilla Peck, Deputy Kevin Moore and myself sat down in the Sheriff's conference room at 9:00 am.

Deputy Kevin Moore asked who wanted to speak first and I stated that Deputy Peck should start due to the fact that she requested this sit down.

Deputy Peck started off by stating that the lord has given her the strength to come forward. After stating that the lord has spoken to her she went into her list of issues she claims she has been facing.

Deputy Peck stated that issues had started back when she was injured and fell in the front.

 Deputy Peck's first issue was that while she was out on medical, Deputy Kelly Seeber reached out to her and she felt as though it was not sincere and there were several questions that she felt uncomfortable with.

- I stated that Deputy Seeber was not here to speak on her behalf but that I felt Deputy Seeber was simply calling to check in on a friend/co-worker and wanted to give advice as she went through a similar issue with her back.

 Her second issue was that Deputy Kelly Seeber was bringing negative remarks to her, such as hair color and marked patrol vehicle that she was hearing throughout the agency. After Deputy Seeber was told Deputy Peck was not comfortable with it, that she immediately stopped.

- I stated again that Deputy Seeber is not here but that Deputy Peck has made several statements where she was mis- treated at the JC and that Deputy Seeber was just trying to look out for her. There was no ill will behind those actions.

 Deputy Peck's third issue was that she received information that myself, Deputy Seeber and Deputy Heather Poland had viewed the surveillance footage of the incident that occurred outside of our building when she fell. She stated that Deputy Poland had said that Deputy Seeber and myself were "making fun of her and making her fall a joke"

- I came back with yes this footage was viewed but there was no making fun or light of the situation and injury that Deputy Peck faced.

 Deputy Peck's next issue was the fact that her biological mother had passed on April 18th and she felt as though she was not treated with sympathy when she returned to work.

- I stated that After Sgt. Seeber had filled me in on the information I reached out to her via text and acknowledged her loss. I also asked for her to explain in better detail how she felt she was not treated with sympathy when she returned to work and she stated that she was tasked to do duties as soon as she returned. I then stated that if she was not ready to come back to work due to the passing of her mother she should have taken more time off to grieve for bereavement.

 Deputy Peck's next issue related to car seats and Deputy Katie Krugar. The issue regarding car seats is that she felt uncomfortable having Deputy Krugar inspect her ability to install car seats due to the fact that her certification was not expiring until October and that she had heard from Deputy Eames that Deputy Krugar was purposely going to fail her. Deputy Peck also perceived being treated unfairly because Deputy Mike Johnson was certified without Deputy Krugar watching him install car seats.

DEF 001347

- I stated that I not only looked into the accusations she was making towards Deputy Krugar but spoke with Deputy Eames who she said she was getting her information from. When I spoke with Deputy Eames he stated that Deputy Krugar never stated that she was going to purposely fail Deputy Peck and that he never told Deputy Peck that. Deputy Eames affirmed this in the statement attached. I then informed Deputy Peck that her intel on Mike Jonhson being signed off by Deputy Krugar without being watched was incorrect due to the fact that his certification has already expired.

- I then went into explaining why I wanted Deputy Peck to have Deputy Krugar come down and certify her so she wouldn't expire. My reasoning behind this is that we are in a down time in the Community Relations Unit due to the COVID virus and that we are not sure when Deputy Krugar will be taking vacation. I also stated that I do not think it is appropriate to go to outside agencies to ask them to sign off on her certification. Not only did we get calls from outside agencies stating they do not feel comfortable signing off due to the fact they have not watched Deputy Peck install car seats. I thought this was very inappropriate seeing that Deputy Krugar was fully capable of signing off. Deputy Kevin Moore agreed with my point of view and stated to Deputy Peck that she should complete her certification through us.

Deputy Peck stated that I relayed a message to Deputy Peck that Deputy Krugar stated saying that if Deputy Peck was coming into the Community Relations Unit she would leave the "fucking" unit.

- I stated that the context of that information was incorrect and that Deputy Krugar was looking into the SRO positions and that Deputy Peck should not stress herself out about potentially having to work with Deputy Krugar if Deputy Krugar is planning on leaving the Unit.

 Deputy Peck then stated that she felt I was argumentative when we last sat down due to the fact that I asked her to check in with Sgt. Seeber.

- I stated that I was simply suggesting that Deputy Seeber is leaving at the end of July and Sgt. Seeber and Deputy Peck will be the only ones in Community Relations and we need to meet regularly to make sure we are all on the same page.

Deputy Peck then pulled out a picture of an actress (Octavia Spencer) and stated that she felt as though Deputy Seeber was making fun of her due to similarities. The picture was of the actress in a maid outfit. Deputy Peck then stated that I agreed with Deputy Seeber and laughed.

- I stated that I did not laugh and simply said they had similar cheek bones.
- What occurred that day was, when we were eating lunch I was preparing salads and Deputy Seeber and Deputy Peck were on their phones. Deputy Seeber was going through facebook and an ad came up and said what actress do you look like. Deputy Peck stated she received the same ad and mentioned an actress's name that she thought she looked like. Deputy Seeber then said you remind me of the actress that played in a couple different movies but one of the movies was The Help. Deputy Peck then said oh Viola Davis? Deputy Seeber then said no the other actress, the cute one with the chocolate pie and then Deputy Seeber googled it and said Octavia

Spencer. Deputy Seeber said she thought she was cute and had similarities in the eyes. I then started both Deputy Peck and this actress had similar cheek bones. The conversation ended due to the fact that we started eating our salads.

 Deputy Peck then brought up that Sgt. Seeber has sent her black emoji's in texts and felt that it was inappropriate.

- I did not comment on this accusation as it did not pertain to me but Sgt. Seeber said he would have to go back and check.

 Deputy Peck then stated that I requested that she and Deputy Poland to go pick up masks from Fastenall and bring them to the loading dock at the JC. She stated that she didn't see how this was a Community Relations Unit task but did it anyways. She then stated that Deputy Christian asked her why she was doing that task.

- I stated that not only did I personally go over and pick up/deliver most of the loads of masks but Sgt. Seeber and Deputy Seeber also went over and picked up masks. Also, that the masks were for the agency and our Deputies and Correction Officers as a whole and that as the community relations unit and representing the agency as a whole I don't see how there should be any type of issue with this request. This was at the peak of the COVID virus and that we all needed to pitch in. I also spoke with Tim Dano in services where he stated that Deputy Peck reached out him and asked him to pick the masks up and blatantly disregarded the tasks Sgt. Seeber and I asked her to do.

 Deputy Peck then stated that she felt I was speaking down to her on Monday 6/15/2020. Deputy Peck stated that I was raising my voice and pointing my fingers in her face as she was showing Deputy Moore in person on how I was speaking to her.

- Regarding this incident, I had sent out an email to all of my supervisors on Monday, June 8, 2020 asking for the supervisor to please send the requested questions regarding an after action report. In the email I asked that this be completed by June 12th. On Monday, June 15, 2020 I asked Sgt. Seeber if he had Deputy Pecks after action report (AAR), he stated that he had not received one from her. Sgt. Seeber went over to take Deputy Pecks temperature due to COVID and I followed. When I arrived at Deputy Pecks desk I observed that her computer was off and she was on her cell phone. I asked if she had the AAR completed and she stated she wasn't sure what I was talking about and I explained that Sgt. Seeber had sent out an email on June 10th 2020 with specific instructions. She stated no she had forgotten and she apologized and that she would write up a quick sentence. I asked her why her computer was not on and she stated she was having issues. I then said it was not acceptable that this report had been late due to the fact that there were no pressing events in community relations she had attended. I then told her if she was having issues with her computer then she needed to put in an IT request through the helpdesk and not a personal phone call. This was said because I received an email from Chief DeMari stating Deputy Peck did not follow proper protocol with putting in an IT request and called Corbin Cox to come down and fix her personal keyboard. I asked that Deputy Peck

DEF 001349

complete the AAR and that I would have Sgt. Seeber write up a memo stating she failed to submit the report on a timely manner.

- After receiving Deputy Pecks AAR through Sgt. Seeber I then sent Deputy Peck an email asking her "Could you please provide the events you participated in involving community planning. Along with the dates, time and the length of each event." I have yet to receive an email response back. The reasoning for this email is that if Deputy Peck was consumed in other events and overwhelmed that is a different story and I would have offered to help her or delegated Deputy Seeber to take some of the tasks but after speaking with Sgt. Seeber that was not the case. When in the meeting, I asked Deputy Peck why she had not responded back to me and she said at that point she felt threatened and went to her vehicle to sit and could not come back into the building and spent the majority of the day in a county vehicle outside of the Sheriff's headquarters building.

After Deputy Peck completed her list of concerns and issues she wanted to go over, Deputy Moore stated that Sgt. Seeber and I listened to her without interruptions and asked if we could have the same respect. Deputy Peck stated yes and the bullet points above are the responses myself and Sgt. Seeber gave.

When we completed our responses to her issues we went onto our list of concerns attached and highlighted.

After going over our concerns I reiterated to Deputy Peck that we are of the opinion that she has a good work ethic with the community and has been positive to the community relations unit.

More towards the end of Deputy Pecks statements, she stated to me that "She knows I have a black best friend and I would use that as an excuse." Later after Deputy Peck finished her statements, I responded back to that comment that I would not entertain a statement like that because I do not see color.

Throughout Deputy Pecks statements, I began to feel uncomfortable with her repetitive reference to religious beliefs . At one point Deputy Peck referred to the Devil and my sins. This made me feel very uncomfortable as well because not too long ago, Deputy Peck placed oil crosses on my name plate on my office door. I am not sure what this means but when Deputy Peck and I were in Sgt. Seeber's office a few weeks back I asked her if she had placed the crosses on my name plate and she said yes she did. Deputy Peck then stated that the reasoning behind the crosses was to lift negativity.

At the end of the meeting I asked Deputy Peck and Deputy Moore where we go from here. Deputy Moore said that he thought it was good that we all sat down and talked things out and hoped we could start new. Both Sgt. Seeber and I agreed and I stated that I think having weekly meetings with everyone and better communication would be best in moving forward for all parties. Deputy Peck looked at Deputy Moore and stated she needed time to think about this and process it. Deputy Moore suggested

DEF 001350

that we meet again in a week or two and talk things over again to see where we were. At that point everyone stood up and Deputy Peck and Deputy Moore exited the room and went and spoke somewhere.

Meeting Ended at 11:05 pm

DEF 001351

**Kate Brassie**

| | |
|---|---|
| **From:** | Timothy Dano |
| **Sent:** | Wednesday, June 17, 2020 9:15 AM |
| **To:** | Kate Brassie |
| **Subject:** | P100 Mask pickup |

Good morning Chief,
On April 16th of this year Deputy Kolakowski and I were tasked by you to pick up a load of P100 masks from Fastenal on Spencer Street in Syracuse. After he and I made the pickup we then drove to Home Depot to obtain scrub brushes and other PPE requested by Captain Mike Pellizzari for the EOC. During our drive back to the Justice Center you phoned me to let me know that there were more masks that needed to be picked up at Fastenal. I offered to go back and pick them up, but you let me know that you were having Deputy Peck and Deputy Seeber pick them up. You met Deputy Kolakowski and I at the Justice Center loading dock, where I repeated my offer to pick up the additional masks, but you assured me that the pickup would be handled by Deputies Peck and Seeber because my staff and I were exceedingly busy dealing with the Covid outbreak and the attempts to find PPE supplies. During one of the subsequent deliveries Deputy Peck asked my Warehouse Stock Attendant Joel Pagan if we could make the rest of the pickups. Joel immediately called me to let me know about the request and I relayed your orders to him and the Peck and Seeber were to continue the pickups.
Thanks,
Tim

**Timothy Dano**
**Inventory Control Supervisor**
Onondaga County Sheriff's Office
511 South State Street
Syracuse, New York 13202
Phone 315-435-3978
Fax    315-435-2051

**DEF 001352**

**Kate Brassie**

| | |
|---|---|
| **From:** | Kathleen Kruger |
| **Sent:** | Wednesday, June 17, 2020 8:20 AM |
| **To:** | Kate Brassie |
| **Subject:** | Re: Memo |

I'm not sure I want to include something like that at this point. I was feeling uncomfortable anyway doing her seats since I had been hearing that she was worried I might fail her, and she clearly thinks I have something against her. I was gong to see if you would be open to having her install with someone else anyway, and now given the tone of her email I feel like that is best for all involved.

Sent from my iPhone

> On Jun 17, 2020, at 08:11, Kate Brassie <KateBrassie@ongov.net> wrote:
>
> Good Morning !
>
> Thank you for getting back to me so quickly. When we spoke on the phone I know you felt uncomfortable potentially having to be the one to do Deputy Pecks car seat checks due to everything that is going on and I wasn't sure if you wanted to state that in your response to me.
>
> Thank You.
> **From:** Kathleen Kruger
> **Sent:** Tuesday, June 16, 2020 9:20 PM
> **To:** Kate Brassie <KateBrassie@ongov.net>
> **Subject:** Re: Memo
>
> Hi there. I was just putting it together actually and just sent it in an email. If you need me to do it differently just let me know.
>
> ~Katie Kruger
>
>
>> On Jun 16, 2020, at 9:00 PM, Kate Brassie <KateBrassie@ongov.net> wrote:
>>
>> Good Evening Deputy Kruger
>>
>> After speaking with you on Monday I was wondering if you could you please send me a memo of the email you received from Deputy Peck and how it made you feel.
>>
>> Thank You,
>> Chief Staff Services Katherine L. Brassie
>> Onondaga County Sheriff's Office
>> 407 S. State St.
>> Syracuse, NY 13202

1

DEF 001353

## Kate Brassie

| | |
|---|---|
| **From:** | Kathleen Kruger |
| **Sent:** | Tuesday, June 16, 2020 9:19 PM |
| **To:** | Kate Brassie |
| **Subject:** | Car Seat Sign-Offs |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Chief Brassie,

Back in April 2020 I received a phone call from Dep Peck during which she asked me to approve her seat checks for the certification process. While on the phone I verbally agreed to approve them, however, after ending the call I realized that I have not observed Dep Peck install a seat in over a year. I spoke with Sgt Seeber about this and said that I wanted to have Dep Peck install the required seats in front of me in order to be able to approve the seats she submitted. I also stated that since I am not as actively involved in the car seat program and not present at every car seat event this past 2 years, I would have to follow this same procedure for all of our technicians. I submitted a letter to Sgt Seeber stating all of the above information and asked that Dep Peck contact me to meet up with car seats and in a personal vehicle in order for her to do the installations. This letter was submitted to Sgt Seeber on 4/24/2020. To this date Dep Peck has not contacted me to do the installations.

Last week you had reached out to me regarding the above mentioned installations. On 06/11/2020 I received an email from Dep Peck which I took as aggressive, and attacking my integrity as an instructor. Shortly after she became a technician I would check in with her during car seat events, which I typically do with all newer technicians, to see if she needed assistance and she always insisted that she didn't need any help. At an event at Onondaga Hill FD I attempted to observe and assist Dep Peck and Dep Poland when they were installing multiple seats in a car. When I approached, I misunderstood where they were in the progress of the seat check, and when I tried to give advice I was immediately shut down rudely by both deputies who insisted they they were fine and needed no assistance. Because of their attitudes toward me in that moment, and not wanting to cause a scene at a public event, I worked in a separate area the rest of the event. These were all opportunities for me to observe her, and she was not receptive to my offers. So although I may have been present with Dep Peck at events I have not worked on any seats with her, observed her, or checked any seats that she installed prior to them leaving an event. Dep Peck is attacking my integrity as an instructor in this email by saying I am withholding my signature which is not in her or the agency's best interests. She is attempting to make this a personal issue, which it is not. I worked hard to become a car seat instructor and I am confident in my abilities to help technicians, but they need to be willing to accept that help. One thing that was not addressed in the email is her willingness to meet up with me and install the required seats as I have asked of her.

I truly want all of my technicians to be confident and successful, but based on this email there is clearly animosity present and I am no longer comfortable evaluating her seats for this certification cycle.

Moving forward I am hoping to be present at most or all car seat events so that I can observe the technicians that are installing seats to make the certification process goes easier for all. Until that time I will continue to ask all my technicians to meet up with me and install the seats in my presence before approving them.

Respectfully Submitted,
Dep K. Kruger

1

DEF 001354

# Onondaga County Sheriff's Office
## Supervisor's Memorandum

**Recipient:** Deputy Kamilla Peck          **CHAIRS ID:** 2787

**Supervisor:** Sergeant Jon Seeber        **CHAIRS ID:** 1625

## Problem Performance:

On June 10th, I sent you an email in regard to providing information relative to the recent unrest for the purpose of an after action report. In addition to sending you the email, I also had a conversation with you about it and indicated that the task needed to be completed by the 12th of June. As of Monday, June 15th, you failed to provide said information. You have been verbally spoken to in the past about task deadlines and how critical it is to complete them.

## What the member must do to resolve the problem and / or concern to the satisfaction of the Office:

Review and understand SHR 058 E sub 3.

## What the result will be of another occurrence of this or a similar problem and / or concern:

Formal written reprimand

**************************************************************************************

## Recipient's Comments:

Recipient's Signature _____     Date _____

Supervisor's Signature _____     Date _____

**Note:** Signature of recipient only signifies that he/she has read the memo and does not necessarily note agreement.

DEF 001355

# WITNESS' AFFIDAVIT OF INJURY
*To be filled out by the witness within 48 hrs. of injury*

IR# / DR# __19-403918__

(When completed, please submit this form with the Injury/Illness Report.)

1. Name of Injured Employee : __Deputy Kamilla Peck__

2. Name of Witness: __Deputy Kelly Seeber__          Date of Birth ██████████

   Home Address & Phone No.: _____

   Employer: __Onondaga County Sheriff's__          Work Phone _____(315)435-3006____

3. Date of Injury: * __08/07/2019__          Time of Injury: * __09:20__ AM

   Location where injury occurred: __in front of 407 South State Street__

4. Was there any visible injury?  ☒ Yes, describe below   ☐ No
   A torn off artificial nail.

5. Describe, in your own words, exactly what happened: *

   Deputy Peck and I were transporting equipment from our office to our vehicles which were parked outside of 407 South State Street. Deputy Peck was in front of me transporting equipment with the use of a small hand cart while I carried two cases one in each hand.

   As we exited the front foyer, Deputy Peck turned her body around to pull the cart as it is easier to open the door and pull the cart through the door's opening. She then attempted to activate the automatic handicap door opening system but her first try was unsuccessful at which time I advised her I would push the button. This action activated the door which opened and allowed Deputy Peck to continue to back out of the doorway with her cart. As Deputy Peck was doing so she tripped on the sand bags which are located outside of the front door. Deputy Peck was unable to catch herself at which time she fell backwards to the ground covered by sand bags and a plastic orange fence. When I saw what had occurred, myself and a civilian assisted Deputy Peck in getting to her feet. When I asked Deputy Peck if she was okay she advised that her artificial nail had torn off to the nail bed (which she showed me) and she complained that her arm and shoulder hurt.

**The information on this document, provided by me, is true and accurate to the best of my knowledge. I acknowledge that knowingly making a false statement is a misdemeanor under New York State Penal Law.**

Signature: _____          Date of this Report: __08/09/2019__

Witness to Signature (print name & sign): _____

* - Releasable information

DEF 001356

## CLAIMANT'S AUTHORIZATION TO DISCLOSE HEALTH INFORMATION
### (Pursuant to HIPAA)

INSTRUCTIONS

**To the Claimant:**  The Health insurance Portability and Accountability Act of 1996 (HIPAA) set standards for guaranteeing the privacy of individually identifiable health information and the confidentiality of patient medical records.  By completing and signing this form, you authorize your health care provider to file medical reports with the parties that you choose (such as the Workers' Compensation Board, your employer's insurance carrier/claims administrator, your attorney or representative, etc.) by checking the appropriate boxes below.

You have the right to refuse to sign this authorization. If you sign you have the right to revoke this Authorization at any time by mailing a request to revoke to the health care provider.  You have the right to receive a copy of this Authorization.

**IMPORTANT:** Failure of execute this authorization may interfere with your ability to obtain workers' compensation benefits.

| Claimant's Name | Claimant's Social Security Number | Claimant's Date of Birth |
|---|---|---|
| | | |

I, _____ hereby authorize my treating health care provider(s) to disclose the following described health information:
Any medical records with the exception of (1) any mental health records protected under Section 33.13 of the NYS Mental Hygiene Law and (2) HIV/AIDS related information protected under Article 27-f of the NYS Public Health law. _____

This information can be disclosed to the following parties: (check all that apply, give names and addresses, if known)
- ☐ New York State Workers' Compensation Board
- ☐ My current/former employer: Onondaga County and their authorized representatives
- ☐ Workers' Compensation insurance carrier(s)
- ☐ Third Party Administrator: UMR - P.O. Box 325, Syracuse, New York 13206
- ☐ My attorney/licensed representative _____
- ☐ The Uninsured Employer's Fund (this fund is responsible for paying the medical bills and lost wage benefits when an employer is uninsured.)
- ☐ Special Funds Conservation Committee (for cases under Section 25-a or 15-8 of the Workers' Compensation Law)

**Section 25-a:**  If your claim is being reopened after being previously closed, the Special und for Reopened Cases may be responsible for paying your medical bills and lost wage benefits

**Section 15-8:**  If you had a medical condition that existed prior to this injury, the Special Fund for Second Injuries may be responsible for reimbursing your employer's insurance carrier after a period of time has elapsed.

**Redisclosure:**  I understand that once the above-referenced health care provider discloses health information based on this Authorization, that health information is no longer protected by HIPAA and the Privacy Rule.
**Expiration Date:**    This authorization expires upon the final closing of the workers' compensation claim(s) for which it is executed.

**I have had the opportunity to review and understand the content of this Authorization.  By signing this Authorization, I confirm it accurately reflects my wishes.**

_____                 _____
Printed Name of Claimant          Signature of Claimant or Legal Representative   Date

If authorization is signed by a legal representative on behalf of the claimant, state relationship to the claimant
_____ and basis for authority e.g. claimant is a minor, patient is deceased and representative is the claimant in a workers' compensation proceeding or represents the estate) _____

**DEF 001357**



# ONONDAGA COUNTY
## EMPLOYEE INJURY/ILLNESS REPORT

----> **USE BLUE INK ONLY** <-----     (Employee/Supervisor: complete applicable sections - See instructions on back)

| Social Security Number | Injured Person's Name (Last) (First) (M.I.) | Date of Birth | Sex |
|---|---|---|---|
| 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 | Peck   Kamilla S | 08/21/1975 | Female |

| Home Address | City | State | Zip | Home Phone | Work Phone |
|---|---|---|---|---|---|
| 4945 Glen Robin Drive | Syracuse | NY | 13215 | (315)403-0647 | (315)435-3006 |

| Dept. Where Employed | Full/Part Time | Hrs & Days Per Week | Date of Hire | Years with County | Years with Dept. |
|---|---|---|---|---|---|
| Sheriff's Office | Full Time | 40 | 04/10/2006 | 13 | 13 |

**Accident**

| Date of Accident | Time of Accident | Location Where Accident Occurred | Onondaga County | Time Work Started Day of Accident |
|---|---|---|---|---|
| 08/07/2019 | 09:20 AM | 407 South State Street | Yes | 0800 |

Are you requesting 207C benefits?
Yes

Are you requesting Worker's Compensation benefits?
Yes

| Witness Name | Phone# | Attach statement |
|---|---|---|
| Kelly Seeber | (315)569-3324 | |

| Medical Care | Treated in Emergency Room | Hospitalized Overnight | Prior Injury Date |
|---|---|---|---|
| Yes | Yes | No | No |

| Name & Address of Treating Doctor | Health Facility Name & Address |
|---|---|
| Dr. Andrea Ferrari   4900 Broad Road Syracuse NY 13215 | University Hospital Community Campus |

**Nature of Injury**

What was employee doing just before the incident occurred? Describe the activity as well as the tools, equipment, or the employee was using. Ex.: "Climbing ladder, spraying chlorine".
Transporting equipment via a pull cart, to a patrol vehicle when she tripped over a sandbag used to hold down signage.

What happened? Tell us how the injury occurred. Example: "When ladder slipped on wet floor, worker fell 20 feet." "Worker was sprayed with chlorine when gasket broke."
Fell backwards onto wooden platform/concrete striking her left arm and back.

What was the injury or illness? Tell us the part of the body that was affected and how it was affected; be more specific than "hurt" "pain" or "sore." Examples: "strained back"; "chemical burn, ha
Swelling and bruising to left shoulder and pain to neck/back and right hand thumb nail.

**Cause of Accident**

What object or substance directly harmed the employee? Example: "concrete floor"; "radial arm saw":
Wooden Platform/concrete

*Medical Authorization*    (Must be signed by employee): I authorize any insurance company, organization, employer, hospital, physician, dentist, or pharmacist to release any information requested. I certify that all of the information I furnish in support of this claim is true and correct.

     / /
DATE            EMPLOYEE'S SIGNATURE & PRINTED NAME

*Insurance Fraud Declaration* : Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime.

I understand that my signature herein constitutes my affirmation that I am applying for Worker's Compensation benefits pursuant to law, that I have made no false claims or statements or concealed any material facts in order to receive said benefits and that doing so would make me liable for civil or criminal penalties, including jail.

     / /
DATE            EMPLOYEE'S SIGNATURE & PRINTED NAME

*Illness Cases Only:*    ☐   Check this box if the employee independently and voluntarily requests that his or her name not be
Log. If checked, treat as a privacy concern case. (NOTE All injuries will be listed.)

*IMMEDIATE SUPERVISOR'S STATEMENT* (must always be completed) Supervisors must investigate all injuries/illnesses. Describe how injury/illness occurr what was employee doing when injured, how injury/illness is job related, and verify all witnesses. Please state actions taken to prevent this type of injury/illness from occurring in the future. See attached sheet (s).

| 08/09/2019 | _signature_   Sergeant Jon Seeber |
|---|---|
| DATE | IMMEDIATE SUPERVISOR & PRINTED NAME |
| / / | Undersheriff Jason Cassalia |
| DATE | SUPERVISOR/COMMAND OFFICER'S SIGNATURE & PRINTED NAME |
| / / | |
| DATE | DEPT. HEAD/DESIGNEE'S SIGNATURE & PRINTED NAME |

| ☐ **207-C GRANTED** | ☐ NOTICE ONLY   DATE: / / | ☐ **207-C DENIED** |
|---|---|---|
| INIT:_____ DATE: / / | ☐ PENDING      DATE: / / | **DEF 001358** INIT:_____ |

This is a confidential medical record that can only be released in accordance with applicable laws.

| | OSHA CASE #: | DEPT. LOC CODE: |
|---|---|---|

| DEPT. USE ONLY | (DEPARTMENT PERSONNEL/POMCO CLERK COMPLETE APPLICABLE SECTIONS) | |
|---|---|---|
| Employer's Name | Employer's Mailing Address | Dept. Code |
| Onondaga County Sheriff's Office | 407 S. State St., Syracuse, NY 13202 | 7900 |
| Nature of Business or Work | Occupation (Specific job title at which employed) | Job Title Code | Date Stopped Work Because of this Injury/Illness |
| Custody | Deputy Sheriff Custody | 40810 | / / 8/8/19 |

| Injured Person | Injured Worker's Work Week (Indicate Days of Week Usually Worked) M-F | | Was Injured Paid in Full for the Day? Yes | |
|---|---|---|---|---|
| Fatal Case | Date of Death / / | Name/Address of Nearest Relative | | Relationship |

| ═══ POMCO USE ONLY ═══ | | |
|---|---|---|
| Average Earnings Per Week | Total Earnings Paid During 52 Weeks Prior to Date of Accident (Include Bonuses, Overtime, Value of Lodging, Etc.) | Location Code: (POMCO to Complete) |

## INSTRUCTIONS

**Employee:** **WORKER'S COMPENSATION BENEFITS WILL NOT BE MADE WITHOUT PROOF OF MEDICAL.**
Complete the first 15 lines and authorizations (through illness cases). Please be accurat and concise in describing the cause of your accident or illness. A complete and accurate report will assist the examiner in processing your claim and providing benefits in a timely manner. Be sure to sign both the medical authorization section and the insurance fraud declaration, and check the box if you do not want your name on the annual summary log due to job-related illness. All injuries will be listed. It is important that you sign all place in order to process your claim and allow the release of medical records regarding this claim. **FAILURE TO SIGN MAY DELAY ACCEPTANCE OF CLAIM OR RESULT IN A CONTROVERTED CASE.** Upon completion of the employee section please forward this to you'supervisor.

**Supervisor:** Please be sure to complete the Supervisor's statement as accurately as possible. Only state those facts you have actual knowledge of. Otherwise, it is permissible to use the words "alleges" or "employee states".
Upon completion of the Employee and Supervisor sections, please forward the form to your department administration office.

**Personnel Section:** Please be certain that you complete the five lines at the top of page 2 of the Injury/Illness Report (POMCO will complete the Average Earnings Per Week; Total Earnings; and Location Code boxes.) Forward the complete report to POMCO Customer Service.

1. POMCO Customer Service Representative will receive all Injury/Illness Reports. The POMCO exminers will determine if a case is medical-only, lost time or if any other action is required.

2. Please instruct employees to advise treating doctors and hospitals to send all medical reports and bills to: POMCO, PO Box 325, Syracuse NY 13206.

3. All medical bills approved by POMCO will be paid per the Medical Fee and Hospital Rate Schedule.

4. The employee has free choice of doctor or hospital as long as the doctor or hospital is recognized and approved by the Worker's Compensation Board.

   The attending Medical Doctor must submit medical reports in accordance with the Worker's Compensation Law to POMCO. The doctor or other medical providers may not submit bills to or collect fees from the employee.

   The County has the right to have the employee examined by a doctor of their choice at a time/place reasonable to the employee.

   **WORKER'S COMPENSATION BENEFITS WILL NOT BE <u>PAID</u> WITHOUT MEDICAL PROOF OF DISABILITY.**

5. POMCO will make all necessary eligibility reviews and Board filings, set reserves, and pend the claim for future development or action. Incomplete Injury/Illness Report forms will be returned

| Forward to: | POMCO PO Box 325 Syracuse, NY 13206 315-432-9171 | Telephone: | Customer Service Rep:  315-435-3675 129 Claimants A-I: Claimants J-P: Claimants Q-Z: |
|---|---|---|---|

**DEF 001359**

# EMPLOYEE'S AFFIDAVIT OF INJURY

*To be filled out by the employee within 48 hrs. of injury*

IR# / DR#  **19-403918**

(When completed, please submit this form to the supervisor in charge at time of injury.)

1. Employee Name : Kamilla Peck     Job Title : Deputy

   Home Address & Phone No.: 4945 Glen Robin Drive Syracuse NY 13215

   Date of Birth: 08/21/1975     Social Security Number: 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

   Date of Hire: 04/10/2006     Female

2. Date of Injury: * 08/07/2019     Time of Injury: * 09:20 AM

   Location where injury occurred: 407 South State Street Syracuse NY 13202

3. Were you on duty at the time of injury? ☒ Yes, Scheduled duty hour on the date of     08/07/2019   08:00   AM    ☐ No

4. Was there any visible injury? ☐ Yes, Describe below:    ☐ No

5. Was medical care provided? ☒ Yes, When?   University Hospital Community Campus    ☐ No   *(skip to question # 8)*

   Name & Address of Provider/Doctor:   Dr. Andrea Ferrari    University Hospital Community Campus

   4900 Broad Road Syracuse NY 13215

6. Were you treated in an emergency room?   No     7. Were you hospitalized overnight?   No

8. Did you miss any hours/days of work due to this injury? ☒ Yes, Duration?      ☐ No

9. Is this a reinjury? ☐ Yes, (did you report the first injury? ☐ Yes, date: / /   ☐ No)   ☐ No

10. What were you doing just before the incident occurred? *   (Describe the activity, as well as the tools, equipment, or material you were using. Be specific. Eg.: "climbing a ladder while carrying materials"; "spraying chlorine from hand

11. Describe the injury: *   (e.g.: "When ladder slipped on wet floor, I fell 20 ft." ; "I was sprayed with chlorine when gasket broke during replacement.")

12. Nature of injury : *   (tell us the part of the body that was affected and how it was affected; be more specific than "hurt", "pain", or "sore". e.g: "strained"

13. What object or substance directly injured you? *   (e.g.: "concrete floor"; "radial arm saw")

\* - Releasable information

**DEF 001360**

14. Have you ever been given proper instruction on how to prevent this type of injury from occurring?   (e.g.: training, policy, counseling)

☐ Yes, when and by whom: _____   ☐ No

15. Has this incident been discussed with your supervisor?   ☐ Yes, date and time: _____ / / ____ : _____   ☐ No

16. Do you have any existing disabilities or medical conditions?   (e.g.: heart condition, diabetes, back problems...)

☐ Yes, describe: _____   ☐ No

17. Do you have any injuries reported prior to this incident? ☐ Yes, list and describe below:   ☐ No

```



```

18. Are there any witnesses to this injury? ☒ Yes, list below:   ☐ No
(Each of the witnesses provided below must fill out a separate "Witness Affidavit of Injury" form.  All affidavits be attached to the Injury/Illness Report.)

Name                                   Address

Deputy Kelly Seeber                    407 South State Street Syracuse, NY 13202

**The information on this document, provided by me, is true and accurate to the best of my knowledge.  I acknowledge that knowingly making a false statement is a misdemeanor under New York State Penal Law.**

Name: _____   Title: _____

Signature: _____   Date of this Report: __/ /_____

DEF 001361

# SUPERVISOR'S AFFIDAVIT OF INJURY

*To be filled out by the immediate supervisor within 48 hrs. of injury*

IR# / DR# __19-403918__

(When completed, please submit this form with the Injury/Illness Report and Employee's Affidavit of Injury.)

1. Name of Injured Employee : __Deputy Kamilla Peck__

2. Supervisor's Name: __Jon Seeber__          Job Title: __Sergeant__

   Present Duty Assignment: __Community Relations Supervisor__          Work Phone No.: __(315)435-3033__

3. Date and time you were first advised of the injury: __08/07/19 @ 0925__

   Name of person that advised you of the injury: __Deputy Kelly Seeber__

4. Specific Location where injury occurred: * __Front sidewalk to HQ 407 South State Street Syracuse__

   Date and time you inspected the location where injury occurred: __08/07/19 @ 0930__

   Describe the location and condition: __Uneven concrete/wood with sandbags__

5. Was medical care provided for the employee? ☒ Yes, when and where?   __08/07/19 @ University Hospital Community__   ☐ No

   Name & Address of Provider/Doctor: __Dr. Andrea Ferrari__

   __4900 Broad Road Syracuse NY 13215__

6. Has the employee missed any hours/days of work due to this injury? ☒ Yes, duration: __08/08/19 & 08/09/19__   ☐ No

7. Has the employee returned to work? ☐ Yes, when: ____ / / ____   ☒ No

8. What was the employee doing just before the incident occurred? * (Describe the activity, as well as the tools, equipment, or material the employee was using. Be specific. E.g.: "climbing a ladder while carrying roofing materials"; "spraying chlorine from hand sprayer")
   __Transporting equipment via a pull cart, to a patrol vehicle when she tripped over a sandbag used to hold down signage.__

9. Describe the injury: *   (e.g.: "When ladder slipped on wet floor, employee fell 20 ft." ; "Sprayed with chlorine when gasket broke during replacement.")
   __Fell backwards onto wooden platform striking her left arm and back.__

10. Nature of injury: *  (tell us the part of the body that was affected and how it was affected; be more specific than "hurt", "pain", or "sore". e.g.: "strained back"; "chemical burn, hand")
    __Swelling and bruising to left shoulder and pain to neck/back and right hand thumb nail.__

11. What object/substance directly injured the employee? * (e.g.: "concrete floor"; "radial arm saw"; "chlorine") __Wooden platform/concrete.__

12. If the employee died, when did death occur? * _____

* - Releasable information

**DEF 001362**

13. Has the employee ever been given proper instruction on how to prevent this type of injury from occurring? (e.g.: training, policy, procedure, counseling)

☐ Yes, when & by whom? _____    ☒ No

14. What have you discussed with the employee concerning this

_____

15. Does the employee have any existing disabilities or medical conditions that you are aware of?    (e.g.: heart condition, diabetes, back problems…)

☐ Yes, describe: _____    ☒ No

16. Describe your investigation into this reported injury and indicate your findings:

Deputy Peck is currently assigned to the Community Relations Unit located at 407 South State Street, Syracuse NY 13202. While performing her duties on August 7th, 2019 at approximately 0920 hours, she was transporting equipment by means of a folding platform cart. As she was exiting the Sheriff's Office Headquarters main door, she was walking backwards to pull the cart from the vestibule when she tripped over a sandbag(s). The sandbags, which are being utilized to hold down signage and a wooden platform due to sidewalk construction, caused her to fall backwards, striking her arm and back on said sandbags and platform. Deputy Peck immediately felt pain to her left shoulder, neck, back and thumb nail on her right hand, which her artificial nail was torn off. She refused medical treatment, indicating that she would seek treatment if the pain worsened. At approximately 2100 hours, Deputy Peck was driven to University Hospital's Community Campus where she was medical treated for her injuries.

17. Are there any witnesses to this injury?    ☒ Yes, list below    ☐ No
(Each of the witnesses provided below must fill out a separate "Witness' Affidavit of Injury" form. All affidavits must be attached to the Injury/Illness Report.)

| Name | Address |
|------|---------|
| Kelly Seeber | 407 South State Street Syracuse, NY 13202 |
| | |
| | |

**The information on this document, provided by me, is true and accurate to the best of my knowledge. I acknowledge that knowingly making a false statement is a misdemeanor under New York State Penal Law.**

Signature: _____    Date of this Report: 08/08/2019 _____

**DEF 001363**



DEF001364

**Deputy Peck**

SD
**Susan DeMari**
Mon 6/29/2020 9:20 AM
**To:** Jammie Blumer

👍  ↩  ↞  →  ⋯

| Video |
| 10 KB |

Per our conversation.


Susan C. DeMari
Chief Deputy / Civil Division
Onondaga County Sheriff's Office
407 South State Street
Syracuse, NY 13202
(315) 435-3069

**From:** Susan DeMari
**Sent:** Monday, March 9, 2020 3:37 PM
**To:** Jon Seeber
**Subject:** Deputy Peck

Sgt. Seeber,

In follow-up to our conversation and having related to you before meeting with Deputy Peck this afternoon that I would be doing so, here is what transpired:

1) After walking over to Deputy Peck's cubicle, I asked her to come chat with me for a moment so I could ask her a question.
2) In my office, I brought to her attention the below highlighted area of the email, which you and I had previously discussed as a concern, and asked her why she believed she was being treated unfairly.
3) I advised Deputy Peck that the letters to ALL 207C employees were mailed on the same day (Friday), following our meeting two days prior on a Wednesday.
4) I explained to Deputy Peck that I could not discuss her 207C concerns "*exparte*" (with respect to or in the interests of one side only or of an interested outside party, i.e., the 207C committee) and that our conversation was limited to any concern of unfairness by the HR staff.
5) I ended the meeting when Deputy Peck picked up her phone and deleted no less than 4 written conversations, advising her the meeting, for that reason, was over.
6) When she returned to her work area, she exclaimed out loud for others to hear "I'm going home to my happy life".

This is merely FYI. However, the overall behavior of Deputy Peck concerns me and I would appreciate your follow-up in any way you deem appropriate, if at all.

Thank you,

**DEF 001365**

**Deputy Peck**

Syracuse, NY 13202
(315) 435-3069

**From:** Maureen Murphy
**Sent:** Monday, March 2, 2020 11:01 AM
**To:** Colette Reynolds
**Cc:** Susan DeMari
**Subject:** FW: Appeal

Colette,

Please prepare an appeal letter to be sent over to David Chaplin regarding this request for appeal.   I will prepare a package to send to Paul once the letter is prepared.

**From:** Kamilla Peck [mailto:kamillafolkes@icloud.com]
**Sent:** Friday, February 28, 2020 7:40 AM
**To:** Maureen Murphy; Kevin Moore; Joseph Lee
**Subject:** Fwd: Appeal

> **NOTICE:** This email originated from **outside** of Onondaga County's email system. **Use caution** with links and attachments.

I am appealing this decision based on a paid UMR IME doctor who has zero interest or knowledge on my medical injuries or present challenges due to my work injuries . I have been out of the country on vacation and therefore tge Dept  knowingly sent me a mail to my home knowing that I cannot open a timed mail from the island of Jamaica is a bit  very unfortunate and unfair to me . They ( 207c committee)gave me 10 business days to appeal.  My body isn't a controlled time clock assigned to a paid UMR medical and non medical  staff to dictate . My medical providers are the ones who treat me and my injuries and know 100% fully what challenges that I still endure . I chose to return to work full duty and to still be treated weekly by my team of doctors , specialist and therapists . I am officially appealing this 207c decision. I refuse to be penalized for seeking medical treatment for a work related injury in 8/7/19.
Thanks
Deputy Kamilla Peck 2787

Sent from my iPhone

Begin forwarded message:

> **From:** Kamilla Peck <kamillafolkes@icloud.com>
> **Date:** February 27, 2020 at 10:10:52 PM EST
> **To:** Maureen Murphy <MaureenMurphy@ongov.net>
> **Subject: Appeal**
>
> Hello: I am officially appealing the 207c decision. I am currently on vacation and I am not at work .
> Thanks
> Kamilla Peck

**DEF 001366**

Sent from my iPhone

9:04



Kamilla ›

 **New name and photo available**
Kamilla Peck Update Contact... 

Mon, Apr 13, 11:11 AM

Hey are you going to call and place it or do it online?

My sandwich isn't on their website so you might have to call to place my sandwich. I'm such a pain I'm sorry

Ok



Kellz : I don't see a side of bread 🥖 for no charge if you're not ordering a pick 2

You cAn have mine. French

2

DEF 001367

9:04



Kamilla ›



**New name and photo available**
Kamilla Peck Update Contact...

Mon, Apr 13, 6:34 PM



Hey KBT: I know you guys are
~~Royal Caribbean family. I just~~

DEF 001368

9:04

Kamilla ›

**New name and photo available**
Kamilla Peck Update Contact...

Hey KBT: I know you guys are Royal Caribbean family . I just completed my masters and bachelor certification. This means I know can sell their product but I will get special discounts from them in addition to the discounts they sell to the public when I book clients. So you don't have to cruise now , but you can lock in deals for next year . 🖤 😂

I'll deff keep you in mind for our next cruise. We were going to do a cruise next year but the baby will be so small!

Congratulations on completing your masters!!

4

DEF 001369

9:04 





Kamilla >

 **New name and photo available**
Kamilla Peck Update Contact...   ⊗

. Royal is very good at taking care of their repeat customers and their certified agents . I just want you to know we can get you like $50 per person on top of whatever deals are out there . Babies can sail after 6 months FYI . I know I'm a Disney person , but I have to admit Royal 👏 was quite impressive

I just booked Andrea's honeymoon. So please send Taylor or whoever who wants a trip late this year or next year when this nonsense is over

You should ride with us tomorrow for the nurses send off. You would really like it 🙈

6

DEF 001370

9:04



Kamilla ›

 **New name and photo available**
Kamilla Peck Update Contact... 

> Yeah I'll definitely let people know that your book stuff!!! What time is it again?

We will be at community at 0720. So many people have expressed their appreciation for the Sheriff and I really want him to know just how much this gesture was appreciated. This is probably what I love about him the most . His heart 🖤 is so big and it is very much appreciated.

Tue, Apr 14, 1:17 PM

> Hey can you come over to jons office with your home made face mask

2

DEF 001371

9:04



Kamilla

 **New name and photo available**
Kamilla Peck Update Contact... 

Tue, Apr 14, 8:37 PM

I'm speaking to one of my friends who maybe able to get us n95 masks

From a company?

That's great news!

Yes . She deals with a vendor . How much would we need ?

Get a pricing on each mask and when they would be able to get in we need a definite delivery date before we can move forward with anything

Yep .

4

**DEF 001372**

9:04



Kamilla

 **New name and photo available**
Kamilla Peck Update Contact...



Thank you!!

I made a mask lol

Where's your home

DEF 001373



## Kate Brassie

**From:** kate b <katelou@live.com>
**Sent:** Thursday, June 18, 2020 10:17 AM
**To:** Kate Brassie

**NOTICE:** This email originated from **outside** of Onondaga County's email system. **Use caution** with links and attachments.



**DEF 001375**



Does she have the specs? We have run into issues with KN 95 mask's not passing inspection.

I know. She's just giving us the direct contact to get pricing ourselves . If she does it , she charges extra

Do they have to be n 95? They are quite uncomfortable 😕 to wear

Hey : I heard Sally's beauty is selling black masks . I can check tomorrow



5 PACK - 2? PCS FILTER  5 Pack

DEF 001376



9:05

Kamilla

New name and photo available
Kamilla Park Update Contact

Your keys are over here

Ok

Target has cute maternity dresses

Lol I am shoving myself in regular clothes till 20 weeks!

DEF 001377

9:06



Kamila

New name and photo available
Kamila Park Update Contact

FYI; When you buy all your
fancy clothes that are made in
China, Malaysia etc . You do
realize they are working in
dirtier sweat shops . So
having inmates who are being
supervised are a lot safer and
cleaner . Remember that why
they tell you to always wash
your clothes when you buy it .
It's the same concept , but
these 2 laundry workers are
being supervised by sworn
staff the entire time .

How is it going?

We just got to the justice
center . I'm waiting on them to
come out .



DEF 001378



9:06

Kamilla

**New name and photo available**

Thank you! Were you able to get them all in one trip

No . I'm heading back now .
Heather is driving her own car.
There's a lot

Okay

Hey : We may need Jon's truck . There's still 3 more pallets left . We've completed 2 trips with 2 cars and there's still 3 pallets left

Job has to leave for an event at the hospital. I know it stinks but we just have your truck and her car

Ok

How's it going

5

DEF 001379



9:06

Kamilla

New name and photo available

Good . They said they can get you small masks 😷 as well. I'm guessing you inquired

Loop masks

Are you on your way back

Hey I'm grabbing chipotles .

Okay!

🤍 need anything

I'm all set thank you tho!

Yep . I'll be back soon

Hey Kamilla I just wanted to send you a text and let you

DEF 001380

9:06



Kamilla

New name and photo available
Kamilla Reck Update Contact

Hey Kamilla I just wanted to send you a text and let you know I'm thinking about you and I'm sorry for your loss. If there's anything that we can do please just let us know.

Thanks Kate. That means a lot that you reached out. I'm doing better today . A painful chapter has closed in my past. But God has blessed me with a great life and parents and a loving family . I know you all probably would never understand or relate , but I am still appreciative and thankful for the life that I was given at birth . I have no regrets . I will be respectful because that's how my parents raised me and I will help out with her expenses if that family chooses to allow me . It's just been a rough week. I did have closure and I

      

DEF 001381



9:06

K
Ka—lla

New name and photo available
Ka— lla Peck Update Contact

be respectful because that's how my parents raised me and I will help out with her expenses if that family chooses to allow me . It's just been a rough week. I did have closure and I was able to tell her that I forgave her because I did not want her to die with any guilt .

Hey did you drive your personal car or the patrol car?

Personal

Okay

I wash told by my son that secretly the Carwash is being opened up ( unlimited only )

Sent from my iPhone

DEF 001382

**Kate Brassie**

| | |
|---|---|
| **From:** | kate b <katelou@live.com> |
| **Sent:** | Thursday, June 18, 2020 10:19 AM |
| **To:** | Kate Brassie |

**NOTICE:** This email originated from **outside** of Onondaga County's email system. **Use caution** with links and attachments.



DEF 001383



9:07

K
Kamilla

**New name and photo available**

Is the baby a boy or girl!?

I'm still adjusting to the thought

It's a boy

When is she due? This is very exciting!!

Natallia just left here . I gotta put in his car seat

She's so sweet . I'm very thankful for her

She's due May 4

She's soooo ready . She's delivering at Community. So that's up the street

Oh hot damn she is like ready to pop!

DEF 001384



9:07

Kamila

**New name and photo available**
Kamila Peek Update Contact

That's why I'm telling you .

So if she goes in , I will be up there .

I'm ready for good news Kate .

Okay!

Baby Angelo

I'm excited. So I refused to be called the G word . So my name will be " GiGi"

Lol babies are the best!

I know. I can't believe we will have one in this house again . I'm sure the kids will be happy . Kennedy will be so happy

DEF 001385



9:07

Kamila

New name and photo available

He said the Carwash opens tomorrow. Not the detail

I have great news! Everything is opened tomorrow. Corey just updated me

Really?

So I can call him and book a car detail

Absolutely

Corey is driving me crazy. He said it's only Carwash

4

DEF 001386



DEF 001387



9:07

K

Kamilla

**New name and photo available**
Kamila Foto Update Contact

**Directions**
**22 min drive**

Hours
**Every Day      7 AM – 8:30 PM**

Address
**8770 Dell Center Dr**
**Liverpool, NY 13090**
**United States**

Phone
**+1 (315) 622-5401**

Website

Is this it

Yes that one

How many

They have both

I got them

DEF 001388



9:07

Kamilla

New name and photo available

How are you doing

?

?

♥

Did you get them?

Its in conference.

Okay did you return the other ones?

Yep

Thank you

DEF 001389



Sent from my iPhone

DEF 001390

**Kate Brassie**

| | |
|---|---|
| **From:** | kate b <katelou@live.com> |
| **Sent:** | Thursday, June 18, 2020 10:21 AM |
| **To:** | Kate Brassie |

**NOTICE:** This email originated from **outside** of Onondaga County's email system. **Use caution** with links and attachments.



DEF 001391

9:07



Kamilla

New name and photo available

We will be up there at 9.

Ok . How long do you think we will be utilizing their space for the tribute on Wednesday? Do you think  2hrs is enough time for them to block it off for us ?

Yes

K

Hey ; They have a COVID conference at 9am. They said 11:30 or 1:30 pm tomorrow. Unless, you can see if you can get in without them honestly. It's just a garage , Jon can probably get in. You're just going up to the roof to look at it. It's up to you .

 

   

DEF 001392



9:07

Kamilla

New name and photo available
Kamilla Peck Update Contact

11:30 or 1:30 pm tomorrow.
Unless, you can see if you can
get in without them honestly.
It's just a garage , Jon can
probably get in. You're just
going up to the roof to look at
it. It's up to you .

Hey have you spoken to all the
hospitals?

Everyone except St Joseph

I left several messages

Okay please keep calling and
talk to security

All the hospitals are expecting
you at your designated them

Time *

DEF 001393

9:08

Kamilla

New name and photo available

We can't wait for them to call us back. So if you don't hear from them in a half hour call and speak with security.

ST Joseph is all set_Pull in circle ⭕ and ask for Mary Hagen at front desk

VA hospital -11:50- Dennis Fogg is expecting you

Great thank you! I might need you to help move cars from WEP to HQ. I will let you know if Jerami needs help!

Upstate Community- LT Joe is expecting you at 12:30

Crouse hospital- Katherine is expecting you at 11:30

Not a problem . I got you



DEF 001394



9:08

Kamilla

**New name and photo available**
Kamilla Ford. Update Contact

Thank you!!

Congrats on the baby I hope everyone is healthy and doing well.

Thanks 😊. It went perfect

What time did you tell at joes

1

Hey can you stop
Over to jons office to get your temp done

Hey how many more bags do you have to deliver?

5



9:08

Kamilla

**New name and photo available**
Kamil To Pick Update Contact

I'm in the city . 3

> I have Kelly doing another project for me. Can you swing back and pick up a few of these bags to deliver.

Ok .

> Thank you!

> Hey when are you going to start doing the rest of the bags?

> Hey have you heard anything from Gil regarding the mass that she was going to make us?

I can ask her now

DEF 001396

9:08

K

Kamilla

New name and photo available

She worked A watch . I suppose she is sleeping as she's not answering her phone . I will try again after 1 when she wakes up.

Okay sounds good!

That was the understanding correct we gave her the supplies and she was going to make them for us?

Yep . She was issued one flat sheet which was sufficient for making 40 masks .

Okay great!

Hi Kate: Gill will have 30 completed by tomorrow 🤍

Great thank you!!

DEF 001397

9:08

**K**

Kamilla

**New name and photo available**
Kamilla Pena Update Contact

Great thank you!!

Hey how did the parade go?

Very well. I'm finally eating my
Panera

Okay are you back at the office

Yes



iMessage

DEF 001398



9



9:08

Kamilla

New name and photo available
Kamilla Pack Update Contact

Come see baby

Hey, I know you took today off but I want to make sure you have your phone on you for this weekend incase you need to be called in. Please response back to letting me know you received this and understand. Thank you.

Yep . I will

Also do you have your equipment and gear if called in?

Yes

Okay thank you!

Sent from my iPhone

DEF 001400

**Kate Brassie**

---

| | |
|---|---|
| **From:** | kate b <katelou@live.com> |
| **Sent:** | Thursday, June 18, 2020 10:22 AM |
| **To:** | Kate Brassie |

**NOTICE:** This email originated from **outside** of Onondaga County's email system. **Use caution** with links and attachments.



**DEF 001401**



9:09

K

Kamila

New name and photo available

Not today but next Tuesday correct

Yes ma'am

Great ! Can you send me his address

Ok

212 Gilbert Ave Syracuse 13208

6/16@12 noon

Thank you

Deputy Cooley needs a Sheriffs mask

I don't have any more larges left. She can use the other black mask we handed out till I can figure out something. Can

DEF 001402



9:09

**Kamila**

**New name and photo available**

I don't have any more larges left. She can use the other black mask we handed out till I can figure out something. Can she repair the mask?

Ok . No she can't repair it

We have extras to each department. I would have her to go her supervisor and see if they have an extra one. I don't have anymore larges left.

Her sergeant referred her to us. That's per her email

Yeah idk how to help her.

I would say use the other black

Sent from my iPhone

DEF 001403

Kate Brassie

Okay. Kamilla can you pick the car up and deliver it to upstate at community on Monday. Please have it there by 8. Jon and Kelly can you have your car up to crouse on Monday.



Kamilla Peck

Absolutely. It's in my neck of the woods .



Kate Brassie

Also don't forget the cars have to be picked up trm at 11;30 and brought to the second location



Kamilla Peck



DEF 001404

Kate Brassie



So for tomorrow I would like the patrol cars placed no later than 8AM.

You can leave a note on the driver side door stating the markers are on the drivers seat. And to please put them back when they are done signing.

Kamilla Peck





Copy

We should probably add on the note to only write on the black part of the vehicle as the auto guy said it's harder to come off on the decals or stickers etc

DEF 001405

Kamilla Peck

That's fine , Steve can clean it also .I just feel we are working against Mother Nature , and she generally wins. If the cars go to stations on Saturday and Sunday, the weather is good and everyone interested can sign the vehicles. Then Monday/Tuesday can be hospital days .



Kate Brassie

Yeah that is the schedule we are looking at!



Kamilla Peck

Yep . I think 🤔 we will have more than enough signatures.



Security will be a great point of reference for the hospitals



Heather Roland

DEF 001406

Kate Brassie

Kamilla you will have to go pick up your truck today and get it washed at like bubble up or someplace. Then we have to work on getting ahold of the hospitals today to confirm. If we switch the dates to start trm we would be shooting to have the cars at the first round of hospitals Monday morning. The cars would be at the hospitals for 1 full day.



Heather Poland

I'm going to start calling so we are going with Monday at one hospital and Tuesday at the other?  Do we want to set a specific time? Ex 7am-7am

Kate Brassie

I wouldn't do a set time bec
what if something comes up

DEF 001407

Thu, Mar 26, 11:22 AM

Kamilla Peck

Hey: Can you choose a deputy who is willing to appear on video in uniform with spouse and kids or without spouse . We can have them read to their kids and the viewers from a select children's book 📚. It would show the public , the law enforcement community with their children and families making the best of social distancing. 😊 This could be a great social media tool.

Wed, Apr 1, 9:48 AM

Kamilla Peck

Jon: I have just submitted an email about Military Child Month .





Thu, Apr 2, 8:47 AM

DEF 001408

Kamilla Peck


Pre-Rona


Salons Closed


I can do it myself


After Lockdown

 I'm home  looking rough .

Kate Brassie

Send Dita an email. I believe she is working from home

Heather Poland

I called her, she said my desktop would need to be rebooted to correct the

DEF 001409

iMessage
Mon, Mar 23, 12:53 PM

Husband Work

I would like for all of you to brainstorm some ideas on some services we can provide to our deputies and or their family members.
Examples...like the county is offering child care for first responders... food shortage....come up with something.



Kamilla Peck





Heather Poland

What kind of resources do we have to use?



Husband Work

DEF 001410

Kate Brassie



That's a great idea Kamilla!!
Things like that where we can
ask are great!

Kamilla Peck



I will keep brainstorming. 👌

Husband Work

We will be talking with the
union presidents about this.
Thanks deputies



Mon, Mar 23, 6:43 PM

Kamilla Peck

Can we ask JC Administration if
the food service carrier may
waive the cost of certain
meals , maybe offer a reduced
rated meal special or offer
complimentary beverages to
staff such as : water , coffee
☕, tea . This would also be a

DEF 001411

Talk openly about

K. Kruger          Fall

3:26 PM — Kelly Seeber — July 1, 2020

- Deputy
- Comm Relations
- 20 yrs / 1 yr.
- Road Patrol → Abused Persons → Comm Relations
- Heather P convinced me to come over
  ↳ Kate and Kaller encouraged too

Most — Going out to events — the light headedness off it

Least — A lot of drama → was a little annoyed w/ Jon but not really
  → Would get accused about telling John stuff but never told him stuff

Heather — Great relationship in APU → didn't care for you ~~Heather~~ on the road and told →
  and became friends → continued in CR until she became paranoid

Ask about this? ✱ → Clear Path serving the vertens situation
  - When Heather left → teletime taken away
  she was upset and she was abusing it
  →

  - There are a lot of things said about Kamilla from ppl where worked w/ her.
  → we were really getting along → I'm an open book and will talk about everything
  → it wasn't until we had a call that things changed → asked about the ~~_____~~ thing

DEF 001412

so I ask her about hers she feels →
felt like I was giving advice →
MRI, → Heather call kelly to tell her
keimeilla was upset → kelly wanted
to confront her but Heather said no
- Sent her on a Happy Birthday text
  very needy if she feels left out
- Heather suggested the meeting

Brassie - We get along great → I took keimeilla's
  best friend away
- keimeilla also asked me about my procedure
- Saw video one-on-one with Jon
- Heather was getting annoyed → I went
  into Jon's desktop to pull up video →
  John came in and pulled up the video
- we all thought she was faking

comment on Jon's eyebrows - Suicid Club
- FB What celeb do you look like
- She's a law suit waiting to happen
- Comment on kelly's butt
- Called Kate her mommie

Kect - Always asks others to do it for her

Body hairs

No tip

Messages –
Heather Blk/white
Kelly in blue

Tue, Aug 20, 4:2

**Today** 4:11 PM

I have a question but I will need to speak to you not text

Ok. Give me a few minutes

I'll call you

Delivered

That's from kamilla to me.  Did something happen?

DEF 001414

You back in the office

Wondering if you called Kamilla? Idk why it's bothering me so much

I am in the office. I have not spoken with her. Honestly, I don't want to get into a conversation where she is talking about people. I would rather we meet with her and all discuss it. I don't want her to think it's ok to talk back about anyone to me. If I call to figure out what is bothering her she will feel like I'm on her side.

That's true.. she needs to be a grown up and talk to people about how she's feeling ... she sent Jon all right to vm

DEF 001415

Congratulations  So happy for you 

Is that Felicia?

Yes

Ugh!

Fri, Sep 20, 11:05 AM

I'm not trying to add flame to the fire but she is a little secretive.  She better be there on time girl.  Better not be calling us saying she is stuck.

I made every effort to her doing it by herself.

Sat, Sep 21, 7:40 AM

Big day today girl

DEF 001416

I made every effort to her doing it by herself.

Sat, Sep 21, 7:40 AM

Big day today girl



Praying kamilla doesn't fuck shit up

Stop!! 



Ok positive patty

Sat, Sep 21, 1:35 PM

DEF 001417

between 45–50

Wow!!

Mon, Sep 23, 1:26 PM

Where did you go Jo Jo

Mon, Sep 23, 4:22 PM

Why is she pouting?

I saw the attitude as soon as she came in. WTF

Cuz she's mad cuz she felt stupid being the last one in and thinking no one told me it was down here... it's all I know ... she probably thinks it was purposely done and she mad cuz she had to walk and mad cuz her hair getting wet

DEF 001418

It is Schruise

So I know if we to bring a table?
There is one tablecloth here
but not a runner

Do you know if we need a
table?

Kamilla would've used a runner
last night see if she has it

K

Will they have a table there?

I believe so

K.  Thx

Here we go, Kamilla says she
only had one runner 🙄

DEF 001419

Maybe I was trying to put mine too far in the corner .. too moist in the corner to stick

Text Message
Fri, Sep 27, 4:20 PM

Where r u?

iMessage
Fri, Sep 27, 6:29 PM

She asked e where I wanted to sit and I aid with you and she said she changed it wtf

I'm stuck with kamilla

I Might as well be here by myself Jon keeps leaving me

DEF 001420

Like she has been staying away from us and because we haven't been cuddling her and asking what is wrong, poor me. Right?

Yes.. she's too much of a princess and as soon as she doesn't get a freaking written invitation to come eat salad she gets all bent out of shape.. just pass by and say hey when's Salad..

yeah, totally over her

Thu, Oct 24, 6:31 PM

What is the code used at the heliport for gas

I think just double your last chairs number

DEF 001421

What's going on with kamilla?  I just got a strange text from her?

> What did it say

I miss you HP. I know I've been dealing with some things but never think that I would have I'll feelings towards you. You've been a big sister to me since I've been transferred over here. I will always do what I can to help you and make you shine . 🖤🖤

She meant ill not i'll

> I hav no idea .. why would she think that you think she has ill feelings?? I'm so confused, maybe my text will come today since Kate got hers yester...

DEF 001422

I think I have been fine with her. But I'm not tolerating the weepy poor me bullshit either

I didn't say anyone hurt me

I know we drive each other crazy but we are still there for each other.

Every morning this time you would be texting or FaceTime timing me . Someone happened and it just came to a major stop 🪨 .

Whether it's Walmart  early morning, getting tampons, going to dollar stores or driving to Fayetteville . We were always close. I just don't know .

I meant something happened . I'm texting too quickly

Don't take this the wrong way but when I feel as if I am unwanted or a pess, I stay to myself. It's just a safety

🙄 drama, attention seeking is what it seems, no?  Her texts to Kate?

DEF 001423

Omg I found the culprit... my old tea bag smells like dog poop

Oh no!!

Nasty... getting annoyed with Kamilla trying to put me in the middle of her and Jon's shit.. she really pissed him off yesterday and it has nothing to do with me

Her and I have been good

That's why I was distancing from her because I don't want her to feel welcome to complain to me about you or Jon.

She tries to get you to agree with her.

DEF 001424

Omg i know I was just getting ready to say it's now sweater weather

Fri, Nov 22, 6:54 PM

Happy Birthday!! 

Thank you 😁

Sat, Nov 23, 5:34 PM

I have to vent because kamilla is driving me absolutely nuts in making this wreath!!! 😫

Oh boy you should have learned after the glitter fest 😁

I blame that one on the glitter vinyl being the biggest pita.

Mon, Nov 25, 8:45 PM                          **DEF 001425**

1:30.  Just finished up. What happened with Kate😂

Omg!! I saw Kamilla whip her head around and she probably saw you making the face😂😂. I told Kate about her mishap and she was like yeah I didn't even think that through ... she's a chooch

Heather making faces behind Kamilla's back ↑

Do you think kamilla saw

I'm so freakin hungry, st_ to get pizza

I don't think so

Did kamilla warm up during lunch?

A little bit but still seemed off.

DEF 001426

Susan just came in and said she was gonna send us all and thinks we'll all have our own rooms

Fri, Jan 17, 10:47 AM

Can you forward me your hotel confirmation and I'll print it and give it to Linda with mine please. Kamilla is standoffish.  I wouldn't be surprised if she stays at another hotel.  Don't care.

I've never been around someone so sensitive ,honestly

She came back over and was better. She got into a car accident this am and I didn't know so maybe it was that why she was off

DEF 001427



Maybe I had the virus when I was so sick and fatigued

Nah!  We had a nasty bug

Mon, Mar 16, 8:56 AM

I'm saying that because I'm not sure they are gonna let her work from home

Mon, Mar 16, 12:31 PM

She is all hippy skippy happy because she is working from home. She is fucking bipolar

Did he already tell her that

Mon, Mar 16, 3:28 PM

DEF 001428

Tue, Mar 17, 12:33 PM

What's up with Koko?  She doesn't talk to us for weeks now all of a sudden she texts us multiple times a day. WTF?

Yeah I know I didn't respond clearly



every time she was out of the building I never texted her and ask her where she was. Koko take care of yo self!



DEF 001429

She is a stupid idiot. I really don't like to call people that but she I sent even trying to help herself.

*isen't

I know I can't even respond to the stupidity

I don't respond to her anymore

I seriously don't think she listens.. she's too worried about thinking about what she's gonna say

She takes no responsibility for herself

She may have asked due to paulas email at 1:43

DEF 001430

we would get refunded anyway

Yeah so that's good

Looks like I'm gonna take. A lot of time off in the summer

Lol

Fri, Mar 20, 11:51 AM

Kamilla is all giddy texting me that all non essential employees must stay home. I replied, we are not non essential.  That girl drives me fucking nuts. She is so far from feeling she has responsibility.

I tell mike about how she is acting and he says "she's a fucking jailer"  that's their mentality.

DEF 001431

**Kelly Seeber**

| | |
|---|---|
| **From:** | Kelly Seeber <kseeber1521@yahoo.com> |
| **Sent:** | Monday, June 22, 2020 7:48 AM |
| **To:** | Kelly Seeber |

NOTICE: This email originated from outside of Onondaga County's email system. Use caution with links and attachments.



DEF 001432



Sent from my iPhone

DEF 001433

**Kelly Seeber**

| | |
|---|---|
| **From:** | Kelly Seeber <kseeber1521@yahoo.com> |
| **Sent:** | Monday, June 22, 2020 8:06 AM |
| **To:** | Kelly Seeber |

NOTICE: This email originated from outside of Onondaga County's email system. Use caution with links and attachments.



DEF 001434



Trust me I cant wait to come back , Steve is driving me crazy

Oh I'm sure

Happy Birthday Kam Kam!! Hope you have a good day... I forgot to tell you yesterday that heather and I are working the fair today with Katie 💀 say a little prayer for us 🤍

Thank you.. 🤍 🤍 Im happy you guys get to go and see the ins and out ..

Just hope there's no drama.. it'll be hard enough for me to be in this hot uniform 😩

DEF 001435



Sent from my iPhone

DEF 001436

## Kelly Seeber

| | |
|---|---|
| **From:** | Kelly Seeber <kseeber1521@yahoo.com> |
| **Sent:** | Monday, June 22, 2020 12:05 PM |
| **To:** | Kelly Seeber |

NOTICE: This email originated from outside of Onondaga County's email system. Use caution with links and attachments.



DEF 001437



DEF 001438



DEF 001439



Sent from my iPhone

DEF 001440

**Kelly Seeber**

| | |
|---|---|
| **From:** | Kelly Seeber <kseeber1521@yahoo.com> |
| **Sent:** | Monday, June 22, 2020 10:13 AM |
| **To:** | Kelly Seeber |

NOTICE: This email originated from outside of Onondaga County's email system. Use caution with links and attachments.



DEF 001441



DEF 001442



DEF 001443



Sent from my iPhone

DEF 001444

## Kelly Seeber

**From:** Kelly Seeber <kseeber1521@yahoo.com>
**Sent:** Monday, June 22, 2020 10:14 AM
**To:** Kelly Seeber

NOTICE: This email originated from outside of Onondaga County's email system. Use caution with links and attachments.



DEF 001445



DEF 001446



**DEF 001447**



Thanks for teaming up with me today . You are really good. We make a great team 🖤

Yes I agree and I think the lady was pleased

She was 🖤 😭

Just make sure you send the pics to her so she can tell us if some kids Aren't ok to be on social media ..we done need anymore bad publicity 💀

I sent them earlier when I was at work

What is Alena doing ? I miss my baby girl 🖤

She's home with Jameson we

Sent from my iPhone

DEF 001448

## Kelly Seeber

**From:**    Kelly Seeber <kseeber1521@yahoo.com>
**Sent:**    Monday, June 22, 2020 10:15 AM
**To:**    Kelly Seeber

NOTICE: This email originated from outside of Onondaga County's email system. Use caution with links and attachments.



DEF 001449



DEF 001450



DEF 001451



Sent from my iPhone

4

## Kelly Seeber

**From:**        Kelly Seeber <kseeber1521@yahoo.com>
**Sent:**        Tuesday, June 23, 2020 7:04 AM
**To:**        Kelly Seeber

NOTICE: This email originated from outside of Onondaga County's email system. Use caution with links and attachments.



Sent from my iPhone

DEF 001453

**Kelly Seeber**

| | |
|---|---|
| **From:** | Kelly Seeber <kseeber1521@yahoo.com> |
| **Sent:** | Tuesday, June 23, 2020 7:04 AM |
| **To:** | Kelly Seeber |

NOTICE: This email originated from outside of Onondaga County's email system. Use caution with links and attachments.



Sent from my iPhone

1

DEF 001454

**Kelly Seeber**

| | |
|---|---|
| **From:** | Kelly Seeber <kseeber1521@yahoo.com> |
| **Sent:** | Thursday, July 2, 2020 7:21 AM |
| **To:** | Kelly Seeber |

NOTICE: This email originated from outside of Onondaga County's email system. Use caution with links and attachments.



Sent from my iPhone

**DEF 001455**

## Kelly Seeber

**From:** Kelly Seeber <kseeber1521@yahoo.com>
**Sent:** Thursday, July 2, 2020 7:21 AM
**To:** Kelly Seeber

NOTICE: This email originated from outside of Onondaga County's email system. Use caution with links and attachments.



Sent from my iPhone

**DEF 001456**

**Kelly Seeber**

| | |
|---|---|
| **From:** | Kelly Seeber <kseeber1521@yahoo.com> |
| **Sent:** | Thursday, July 2, 2020 7:23 AM |
| **To:** | Kelly Seeber |

NOTICE: This email originated from outside of Onondaga County's email system. Use caution with links and attachments.



Sent from my iPhone

**DEF 001457**

**Kelly Seeber**

**From:** Kelly Seeber <kseeber1521@yahoo.com>
**Sent:** Thursday, July 2, 2020 7:22 AM
**To:** Kelly Seeber

NOTICE: This email originated from outside of Onondaga County's email system. Use caution with links and attachments.



Sent from my iPhone

DEF 001458

## Kelly Seeber

**From:**          Kelly Seeber <kseeber1521@yahoo.com>
**Sent:**          Thursday, July 2, 2020 8:33 AM
**To:**            Kelly Seeber

NOTICE: This email originated from outside of Onondaga County's email system. Use caution with links and attachments.



DEF 001459



Sent from my iPhone

**DEF 001460**

## Kelly Seeber

**From:**     Kelly Seeber <kseeber1521@yahoo.com>
**Sent:**     Thursday, July 2, 2020 7:24 AM
**To:**       Kelly Seeber

NOTICE: This email originated from outside of Onondaga County's email system. Use caution with links and attachments.



Sent from my iPhone

DEF 001461

**Kelly Seeber**

| | |
|---|---|
| **From:** | Kelly Seeber <kseeber1521@yahoo.com> |
| **Sent:** | Thursday, July 2, 2020 7:24 AM |
| **To:** | Kelly Seeber |

NOTICE: This email originated from outside of Onondaga County's email system. Use caution with links and attachments.



Sent from my iPhone

DEF 001462

**Kelly Seeber**

| | |
|---|---|
| **From:** | Kelly Seeber <kseeber1521@yahoo.com> |
| **Sent:** | Thursday, July 2, 2020 7:16 AM |
| **To:** | Kelly Seeber |

NOTICE: This email originated from outside of Onondaga County's email system. Use caution with links and attachments.





Sent from my iPhone

RECEIVED
DEPT. OF PERSONNEL
EMPLOYEE RELATION.
2020 JUL -2  AM 10: 27

**DEF 001463**

3PM - June 30, 2020 - Madelyn P.

- Clerk 1
- Michelle Williams
- June 2017  3yrs → Sheriffs whole time
- Were close - friendly
  ↳ Seasonal Employee

→ Sits two cubicles away 1 in between
- June 1st conversation → was taken aback
  by what I heard → was shocked into
  listening → G. Floyd situation → there
  was disagreement between them → the
  conversation was civil → took me a while
  to realize they were disagreeing
  → His views and interpretation of the
  situation is what shocked me bc I have
  a different opinion
  → Deck came to her after the conv
  and mentioned it, which opened up
  dialogue
  → email sent about action plan → told
  about write up and yelling situation
  → No relationship w/ sgt Seeber
  → More friendly w/ Chief Brassie talk about
     tullys
  → No relationship w/ -friends w/ mom when
     younger

DEF 001464

Union
Rep

→ She's (Pebb) confided in her about some things
but not one other incident
↳ Comm. Relations excluded her and made
her feel, not wanted
↳ She said she felt that way before
— No threats other than write up

Sgt. D,

DEF 001465

11AM - June 29, 2020 - Colette Reynolds
* June 15th incident in Deputy Pech's office

- Clerk 2                          Injury on Duty)
- Medial for Sheriffs office (IOD Reports when
- Michelle Williams              comp)
- 14yrs - always with Sheriff

Location [→ Payroll Clerk → Lori Wheeler (Across)
         → Payroll Clerk → Nicole ( behind
            seated in cubicles all open
- Has a friendly relationship w/ Kamilla
   they chat quiet a bit
- Chief Brassie asked her Kamilla if she'd
   done something → Kamilla seemed confused
   → Chief Brassie said "Well that's a write-up)
   → Also discussion about IT issues Chief
     said if having problems call IT
- Kamilla walked by sometime after
   → I asked if she was ok bc the conversation
     was very loud → the difference between
     Chief Brasine voice and Sgt. Seeber was
     noticiable
   → Never heard anything first heard but
     Kamilla would come to me and talk
     about things that were being said
   → She's been confiding in colette since been
     working in that unit

**DEF 001466**

→ Cheif Brassie wld pick on her about
   different things → it was childish
→ kuniella wld come talk to me directly
   after
- I don't have a relationship w) Cheif Brassie
- I get along fine with Sgt. Seeber and
  kelly seeber & say hi in passing
= kuniella is sensitive
- Lanella started coming to me after Heather
  → she was upset w/ Heather leaving
= March → Heather left and Kate became
   Cheif
- Cheif Brassie wld send a lot of texts
  to kuniella that were very demanding
  asking do this, do that, where are you?
  Have you done this?

DEF 001467



DEF 001468

12:30 PM - June 29, 2020 - Kevin Moore

- Sheriff Deputy Custody
- 23 yrs
- Lt Moore
- coworker - union rep. problem solver
- 2 wks ago Kamilla came to kevin
  about work concerns → we met in
  parking lot → felt like being harassed →
  45 min convo → gave options make
  a complaint or mediation → Kamilla
  mediation → goal to resolve concerns and
  be a witness → Chief B. and Seeber
  went were open to meeting
- we met for a couple hours → felt like
  there was progress
- Concerns: Some of the environment racially
  charged → picture → hands → G. Floyd
- Dept. Concerns: After action report → Itad
  Some other concerns
- seemed like they (Brassie and Peck were
  friends but aren't anymore
- Meeting ended w/o a plan in place
- Sgt. Seeber said he was sorry for anything
  he may have done - chief Brassie did not

1:30 PM
- 2:30 PM

1:15PM - June 29, 2020 - Heather Pollard

- Deputy
- 18 yrs - Sheriff
- 2 yrs John Seeber
- liked the position she was in → given free rain to create new programs →
- least → drama started to exist that became toxic

talk to you? - yes started at the same time
- Didn't work w/ ~~Cam~~ Peck often

kelly? → I did traffic safety she did comm. events
- Brassie? - Both ~~installed~~ installed car seats → I had a key to the trailer → believes everyone had a key → But ~~to~~ Peck asked if she could have my key → 1st time realized didn't have key.

"they"?? → Started taking notes Nov. 1st 2019 bc things
↓ were becoming toxic → When she was
Kate out discussions started happening about her
Jon → 11/1 Peck was very frazzled and wanted
kelly to leave bc "they" were questioning her
→ Peck opened up about how she felt about everything → Requested a meeting that afternoon → kelly and keumeika started screaming → Jon just sat there → I spoke w/ Jon privately

**DEF 001470**

- Stopped going down there for lunch
bc of the negative
  ↳ talked about how she really didn't
  get injured and felt she's lying
  ↳ Make fun about her religion
  ↳ Gained weight would talk about
  her appearance not being professional
  ↳ the way she wld talk → wld compare
  her to Frank Falcoer → didn't feel
  like she came off very intelligent
- Seemed like she could never do anything
right
- Kate said she looked at her differently
- March 5th → Kate, Jon, Heather went to
lunch and Jon + Kate started talking
about Peck → Kelly said let's show her
the video → they all watched and
laughed
- April transfered out → Mainly for
family reason but the way things were
made it easy to leave
  ↳ Kate, Kelly, Jon are tied together
  and things weren't equal. If you were
  part of the group you could do whatever
  but if you stand up you can't do those
  things anymore

~~#1~~/ March 19th spoke to Jon 1:1
↳ before kelly came in things were easy but then it was like she's the sup.

→ told kelly once that Jon didn't need to be there
Jon text saying "you better have everything done for this safety event"
↳ told Jon that she didn't think things were fair → Jon shared with kelly

− Safe kids → doesn't need to be internally
− Katie L. stated she didn't like Peck
  ↳ kate and Jon knew that she didn't like Peck
  ↳ Katie wasn't nice to kate or Jon either
  ↳ wasn't a smooth transition when katie left

Work? Wife

* Jon is not confrontational
− logos → not everyone had to do them
  ↳ incident between chief D. and Peck → Jon told Heather → DeMari had a conference w/ Peck and Peck step out so DeMari said everyone had to punch in instead of tele time → kelly still tele timing in → Heather told Jon April 15th
→ kelly comes in office yells @ her says not going to punch in about to retire

DEF 001472

- Go to get meats at Chief reete's instruction
  → there were ~~multiple~~ (4) pallets → Pech
  called facilities → Lete called facilities
  and cancelled the trucks
  → Lete had a direct line to ~~Sheriff~~
     and under sheriff

DEF 001473



Failed to complete task for after action report. Email sent and verbally spoken to about the deadline.

Sent email in regard to Dr. Fullagar presentation. Had to remind her of the meeting as she forget.

Failed to attend In-service training and has been spoken to about PowerDMS assignments.

IT issues/calling directly instead of going through the help desk

Had to explain four times on how to fill out the daily log sheet.

Had to be spoken to about being loud and talking to HR staff.

Was given an assignment to finish the Correction brochure after being reminded more than once. Given task on March 17th she returned a message to me on April 10th that I make adjustments on font and format and send it back to her (was working from home at the time, said her computer had issues with it then it magically appeared).

Did not give reasonable amount of time to advise me of her IOD appointments, would tell me an hour before and sometimes had two in one day which had the potential to be a problem if she was needed. Would also often advise me of an appointment then come in late and tell me she messed up and didn't have an appointment.

Was advised to wash the Thank You of the top of vehicle.  Only task given to her that day and I found out later that she had Jeremy Christian do this.

Prior to the marker being put on the vehicle, Chief Brassie instructed her to go and get the vehicle washed (again this was a time that we were all working from home).  Assuming this task was completed I responded to the South Station to place the markers in her vehicle and found that not only was the spare key to the vehicle not there (she was advised to leave it there) but the vehicle had not been washed.  This was in the afternoon approximately 1300 or 1400 hours.  I believe the instruction from Chief Brassie were given in the early morning hours.

Jan. 29th – instead of requesting assistance from her co-workers she asked Jeremy Christian to hook up the trailer for a car seat event.

Recently was advised to transport masks from one location to the other with the assistance from another co-worker.  Chief Brassie received a call that Deputy Peck attempted to enlist the help from facilities even after she had previously been told not to go outside of the unit for assistance as she did with Jeremy Christian.

Hat and glove sign, had to be reminded.

Spoke to her many times about returning equipment after she uses it.

Complaints made by co-workers that Deputy Peck does not assist with the task at hand when she is too cold, it's raining or because of her inability due to her artificial nails

Spoke to about conducting her secondary work (personal travel business) while on work

Spoken to regarding her talking with HR staff without social distancing and without a mask on

Spoken to about not responding to my texts or not answering my calls when she is not in the building, claims the phone is off, however I'm aware she has an Apple watch where all this communication is sent.

Simple tasks that are explained to her but she still has difficulty (folding brochures, laminating signs, setting up the recruitment table).

Daily Logs- didn't follow direction. Gave me a daily log with several days of work on it. Had to explain three times on what a daily log was……

June 8th- Sent text at 8:31 am that she was going to get gas (showed 10 miles to empty) She teletimed in that morning at 8:01 am. (If patrol vehicle was at WEP, why does it take 30 minutes later to get gas) Sent text at 9:20 am asking her where she was. She sent a picture of Dunkin Donuts bag…..said she was on her way to the office….could see receipt which indicated the time of purchase was 9:17 am. Sent text at 11:28 am that she was going to deliver package to her senior and mother- Sent text at 1:47 pm to say she was going to Vision Center to speak with SPD Chaplin about the events unfolding. Failed to clock out that day.

June 18th- Attended/Community Forum which I knew very little about. She stated that she was given the "blessing" by Sheriff Conway to work with local community leaders on this agenda. Sent me a text on Wednesday June 17th at 5:01 pm to stating that a meeting was being held at OCC at 8:30 am and that she would be attending said meeting. I spoke with Rev Josh Czyz around 1:15 pm at HQ, who had just come back from the event along with US Cassalia and Chief Bleyle. Deputy Peck arrived at HQ around 2:38 pm on her watch phone (speaker) and stood outside the front door of HR. Could hear her conversation from my office. Disruptive for HR personnel.

June 18th 2:55 pm she told me my eyebrows are too light and I need to do something about them. Deputy Roser was present for this. Also during conversation, she indicated that she had not had lunch and her momentum pushed her all day. It is my understanding that the event went until 1300 hours, however, she was not in the building until 1438 hours. (unknown when she left the building at the end of day as she didn't clock out as she is supposed to)

June 19th (on Tuesday June 16th I spoke with Deputy Peck and advised her that I needed the write up for senior, Dom Donnay Jr. so that I could post it. I didn't receive the write up and had to ask her again to send it to me. I believe this was on Thursday June 18th because I wanted to get it done before her day off on that Friday. As of Monday, June 22nd I had not received the write up. I then sent her an email requesting the write up again. I never received the write up for this and eventually had to write it up myself.

June 19th I sent Deputy Poland and Deputy Peck a message as I was searching for the 2019 car seat event folder and requested that if either one of them had it that they return it to me upon their next scheduled work day. I received a reply of "I will" from Deputy Peck. I still have not received the folder.

June 22nd At 0903 hours I emailed Deputy Peck inquiring as to where she was as she was not in the office yet. Also in that email I requested that she send a synopsis of Thursday's forum. She had not provided me with any of the above requests nor did she come to my office to have her temperature taken as has been the new policy. I then received an email in which she CC'd me on that was sent to Chief Dimari advising that she (Deputy Peck) was heading to the County building to file her complaint. I was unaware

DEF 001475



of a complaint. I then went to Deputy Peck's desk and could see that she had been at her desk as I saw an almost empty iced coffee on her desk that still had ice in it.

In regard to my request for a synopsis, Deputy Peck sent me an objective of the forum, not a synopsis, on June 23rd.

**Jon Seeber**

| | |
|---|---|
| **From:** | Jon Seeber |
| **Sent:** | Monday, June 22, 2020 9:03 AM |
| **To:** | Kamilla Peck |
| **Subject:** | RE: Photos of Emma Santola |

Good Morning,

Checking to see where you are? I need the write ups for Dom Donnay Jr. and Emma Santola so I can put one out today.  Also, can you please send me an email on the synopsis of Thursday forum.

Thank you

Sergeant Jon A. Seeber
Public Information Officer
Community Relations Supervisor
Onondaga County Sheriff's Office
407 South State Street
Syracuse, NY 13202
(315) 435-3033


**This electronic transmission from the Onondaga County Sheriff's Office, including attachments, is privileged or confidential. The information contained herein is intended for the exclusive use of the addressee named above. If you are not the intended recipient, any use, copying, disclosure, dissemination or distribution is strictly prohibited. If you have received this email transmission in error, please notify us by telephone or email immediately.****


**From:** Kamilla Peck
**Sent:** Monday, June 22, 2020 8:48 AM
**To:** Jon Seeber
**Subject:** Photos of Emma Santola



**From:** Karen Rodriquez <karen.rodriquez.ny@gmail.com>
**Sent:** Saturday, June 20, 2020 8:05 AM
**To:** Kamilla Peck <KamillaPeck@ongov.net>
**Subject:** Photos of Emma Santola

NOTICE: This email originated from outside of Onondaga County's email system. Use caution with links and attachments.

DEF 001477

**Jon Seeber**

| | |
|---|---|
| **From:** | Kamilla Peck |
| **Sent:** | Monday, June 22, 2020 9:03 AM |
| **To:** | Susan DeMari |
| **Cc:** | Jon Seeber |
| **Subject:** | Complaint |

I am now heading over to the county building to file my complaint as per your request.

Deputy Kamilla Peck
Onondaga County Sheriff's Office
Community Relations Unit
407 South State Street
Syracuse, NY 13202
(315) 435-3006, ext 3

*"I am not interested in power for power's sake, but I'm interested in power that is moral, that is right and that is good."- Dr. Martin Luther King Jr.*

DEF 001478

**Jon Seeber**

| | |
|---|---|
| **From:** | Jon Seeber |
| **Sent:** | Monday, June 22, 2020 9:05 AM |
| **To:** | Kamilla Peck |
| **Subject:** | Re: Complaint |

My request?

Sergeant Jon A. Seeber
Public Information Officer
Community Relations Supervisor
Onondaga County Sheriff's Office
407 S. State Street
Syracuse, NY 13202
(315) 435-3033

**This electronic transmission from the Onondaga County Sheriff's Office, including attachments, is privileged or confidential. The information contained herein is intended for the exclusive use of the addressee named above. If you are not the intended recipient, any use, copying, disclosure, dissemination or distribution is strictly prohibited. If you have received this email transmission in error, please notify us by telephone or email immediately.**

On Jun 22, 2020, at 9:03 AM, Kamilla Peck <KamillaPeck@ongov.net> wrote:

I am now heading over to the county building to file my complaint as per your request.

Deputy Kamilla Peck
Onondaga County Sheriff's Office
Community Relations Unit
407 South State Street
Syracuse, NY 13202
(315) 435-3006, ext 3

*"I am not interested in power for power's sake, but I'm interested in power that is moral, that is right and that is good."- Dr. Martin Luther King Jr.*

1

**DEF 001479**

**Jon Seeber**

| | |
|---|---|
| **From:** | Kamilla Peck |
| **Sent:** | Tuesday, June 23, 2020 10:57 AM |
| **To:** | Jon Seeber |
| **Subject:** | Forum objective |

The Healing our community forum was conducted on June 18th,2020 at Onondaga Community College. This overall objective of this forum was to bring local law enforcement officials, county leaders and victims of police brutality together to listen and learn from each other's stories.

Deputy Kamilla Peck
Onondaga County Sheriff's Office
Community Relations Unit
407 South State Street
Syracuse, NY 13202
(315) 435-3006, ext 4

*"I am not interested in power for power's sake, but I'm interested in power that is moral, that is right and that is good." - Dr. Martin Luther King Jr.*

DEF 001480





DEF 001482



DEF 001483



DEF 001484





DEF 001486



DEF 001487





DEF 001488



DEF 001489



9:12

Peck K

I will pick up the half
moons from harrison
bakery in the morning.
The sheriff said it's ok

thanks

Jul 13, 2018, 7:39 AM

I'm contemplating
taking the day off .

Well you got 21 minutes
to figure it out.

lol .

I'm going to stay home
then. You guys are all
gone . Rumors have it
that the jail is hurting..
vacation day

iMessage

DEF 001490





DEF 001492



DEF 001493



DEF 001494



DEF 001495



DEF 001496



DEF 001497







DEF 001499



DEF 001500





DEF 001501



DEF 001502



DEF 001503



DEF 001504



DEF 001505



2

DEF 001506







DEF 001508



9:28

Peck K

I have a bulging disk thats pushing on my nerve . I just left SOS. I have a few appointments . I had more xrays done today. They took me out till the 26.. If the nerve pain goes away in my neck and back I will request to come back sooner. I feel terrible but my these spasms are painful. The dr submitted my medical documentation to HR. I need to type up my affidavit. Steves driving me .

Okay No problem...take your time.. don't push it

Message



DEF 001510



9:28

Peck K

Im doing well. I have a
1:00 🕐 appt today. The
County Nurse has
authorized an MRI, so I
should be having it done
today. I thought you
forgot about me 😬

Okay....sounds good.
Let me know how you
make out. 😊

Let me know how rough
Clearwater is 🤫

Thu, Aug 29, 9:30 PM

program is we provide financial
assistance to families that have a child
with Pediatric Cancer that are treating
at Upstate Golisano Children's
Hospital. In 2018 alone we gave
$100,000 in financial assistance to
these families in our community. We
receive referrals from the Social
Worker at Golisano and work hand in
hand with her. So yes the money goes
to the families that treat at Golisano

📷 (A) iMessage ⊙



DEF 001512



DEF 001513



9:29

**Peck K**

public as well. We had a few potential candidates that were interested and I have given them my business cards as well for future questions.

Great! Tank you

Thu, Sep 26, 11:55 AM

Do you have another sheriff table runner. I wanted to take mine to the cleaners today. Heather needs it

Also I have posted a community Relations events list in our G drive.

3 ぅ

DEF 001514



DEF 001515







9:30

Peck K

Thu, Nov 7, 7:53 PM

How is Steve feeling?

He's in a bit of pain but he's coping . I have to drive him to the eye specialist in the morning in township 5 . He cannot drive right now. I will be at work afterwards. You can use family sick time. Thanks for asking about him. 🙏

Fri, Nov 8, 9:01 AM

My in laws took him. I'm at work . Disregard

DEF 001518





251

DEF 001520



9:39

Peck K

Mon, Jan 13, 7:45 PM

I have a car seat 💺
appointment at the
south station around
8:30..

Okay. Thanks

Wed, Jan 15, 5:26 AM

I am going to town
garage . Truck is many
funny noises

Ok

Wed, Jan 22, 4:00 PM

Jon, Can I drop off my
truck to Allan. Byer at 9
in the morning. They will

iMessage

DEF 001521



DEF 001522



DEF 001523



DEF 001524



DEF 001525



DEF 001526





DEF 001528





DEF 001529



DEF 001530





DEF 001531



9:42

Peck K

Okay. Thank you.

I will come in tomorrow.
I'm pretty hurt . My
therapy session
yesterday inflamed my
nerves in my neck and
had in my in a lot of
nerve and head pain . I
am going to give into
having the procedure on

iMessage



9:42

Peck K

I will come in tomorrow. I'm pretty hurt . My therapy session yesterday inflamed my nerves in my neck and had in my in a lot of nerve and head pain . I am going to give into having the procedure on my neck on Friday. I will be sedated , so I can't drive . I will be out for Friday .

Okay. Make sure you bring the doctors excuses in. Hope you feel better

Thanks . I will. I just wanted you to see them

DEF 001533



DEF 001534



DEF 001535



9:43

Peck K

Fri, Mar 13, 4:29 PM

I just want you to know that although we have good days and ok days , you are still dear to me. It hurts me to see you like this . Just know, that you are appreciated. You are such a hard worker and a loyal overachiever. Just know Jon, the Bible says that the children of the righteous shall not be forsaken. You will reap all of the great things that you have sown. I will keep you in prayer . We may disagree and laugh with each other , because we are a family . But just know that you are very

iMessage

DEF 001536



DEF 001537



DEF 001538



DEF 001539





DEF 001540



9:45

Peck K

Thanks?

How's the Correction
brochure coming?

I'm still working on it .

Mon, Mar 30, 10:34 AM

Jon: Do you have any
professional looking
pictures that I could
substitute some of the
older pictures with ?

I'm in the office and my
hard drive is home but I
really don't have
pictures of Correction.
Just use some academy
pics or some off the
website.

iMessage





DEF 001542



DEF 001543





DEF 001544





DEF 001545



DEF 001546



DEF 001547



DEF 001548







DEF 001550



Peck K

alliance between us ,
SPD and Fire 🕯 Dept
doing like lights /sirens
would be a good
collaboration across
from the hospital . I'm
just thinking 💀 based
on current trends

We can run it by the
boss

🤙

I can't take your behind
😂 .

iMessage

DEF 001551



DEF 001552



-2.1 Miles

70

DEF 001553



DEF 001554



DEF 001555



DEF 001556



DEF 001557



DEF 001558