March 22, 2024



**VIA CM/ECF FILING**

Hon. David N. Hurd
United States District Judge
Northern District of New York
Alexander Pirnie Federal Bldg. and U.S. Courthouse
10 Broad Street
Utica, New York 13501

   **Re:**  <u>**Kamilla Peck v. County of Onondaga et al.**</u>
       **NDNY Civ. No. 21-cv-0651**

Dear Judge Hurd:

  The undersigned represents the County of Onondaga and individual Defendants (collectively herein with the County, the "Defendants") in the above-captioned action. I write on behalf of both parties with respect to the Court's March 13, 2024 Text Order (Dkt. No. 128) directing the parties to identify agreeable trial dates in the next four calendar months.

  After conferring, the parties have identified the **week of May 13, 2024** as best suiting all counsel and parties' availability. (The parties also identified the week of July 15, 2024 as suiting the parties' availability, but respectfully suggest that this date is beyond the time frame within which all parties would hope to resolve this case.)

  Please feel free to contact the undersigned with any questions or concerns relating to this letter. The parties thank the Court for its consideration.

Respectfully submitted,

*/s/ Kyle W. Sturgess*

Kyle W. Sturgess
Bar Roll No. 302888

cc: A.J. Bosman, Esq. (*via CM/ECF*)
   Robert Strum, Esq.
   BOSMAN LAW LLC
   *Attorneys for Plaintiff*
   3000 McConnellsville Road
   Blossvale, New York 13308

KYLE W. STURGESS ksturgess@bolanoslowe.com
16 South Main Street, Pittsford, NY 14534 *direct* 585.643.8452 *fax* 585.643.8441 bolanoslowe.com

Hon. David N. Hurd
March 22, 2024